# EXHIBIT 1

# Indefinite Suspension – Andrew Giuliani
## March 31, 2008

This statement is intended to re-define the indefinite suspension of Andrew Giuliani that was initiated February 11th for conduct unbecoming of a member of the Duke men's golf team. All criteria described in the February 11th statement remains in effect. The additional criteria listed below is necessary because of the transition between seasons and the necessity to establish guidelines and timelines. This will be the final statement on this topic.

- Andrew's suspension will not be definitive in duration. His return to the team will be based upon the following criteria. First, he must have unanimous support from his "team" members that they want him to return. The team will express this approval in form of an email to the coaches describing that they want Andrew back on the team and why. Assuming this occurs, Andrew would them meet with the coaches and explain what he has learned and why he wants to continue on the team. (this is the original criteria)
- The "team" for these purposes is defined as all players on the 08-09 roster that were on the 07-08 roster. Right now these players are Michael Quagliano, Clark Klassen, Adam Long, Chance Pipitone, Wes Roach and Matthew Pierce. Any player successful in the upcoming qualifying would also be included. Andrew will need unanimous approval from these players only for a position on the 08-09 men's golf team roster.
- Correspondence: All correspondence between players and coaches regarding this topic will be kept anonymous and confidential. All correspondence between parties will be between Andrew Giuliani and OD Vincent directly and via email unless there is something extremely unusual. Example; a status report on how many "approvals" have been received is acceptable, a question as to who has or who has not written is unacceptable.
- Appropriate interaction and requests from "team" members: It is appropriate to request time from "team" members (not their families) to discuss the situation although it is not required by either party. It is inappropriate to overwhelm "team" members and their families with requests to discuss and meet and it is also inappropriate for "team" members to ignore reasonable requests to meet and discuss. It is also inappropriate for either party to ask any "team" member to influence another.
- Reasonable expectations: It is reasonable and expected that coaches do not take sides in this matter either for or against. Coaches have and will continue to discuss and consult "team" members when questions arise. Coaches also have the responsibility to keep the topic appropriately visible but yet not distracting to "team" members and support the outcome fully either way. Andrew Giuliani is expected to respect each "team" member and their individual opinion on the topic and base his interaction with them accordingly.
- Timeframe: It is critical to define a timeframe that allows all parties the time to address and examine all relevant concerns and then establish a point of

closure. Wednesday June 11th at 5pm EST is the date and time that has been established and agreed upon as the date that this topic shall be closed. At that time, Andrew Giuliani has been unanimously approved by his "team" members or he has not. We will act accordingly depending on the outcome.
- All criteria and points described above are understood completely by both parties and whatever the outcome may be on June 11th is final.

_____                                    _____
OD Vincent                                                                         Andrew Giuliani