# EXHIBIT 2

```
Date: Wed, 9 Apr 2008 21:14:41 -0400 [04/09/2008 09:14:41 PM EDT]
From: michael.quagliano@duke.edu
  To: "andrew.giuliani@duke.edu" <andrew.giuliani@duke.edu>
  Cc: od.vincent@duaa.duke.edu, rressa@duaa.duke.edu
Subject: Duke Golf
```

Dear Andrew,


 Michael Quagliano, Clark Klaasen, Adam Long, Matt Pierce, and Wes Roach have
met this evening and discussed your future with this team at length. After
careful consideration we have come to the unanimous decision that we wish that
your involvement with the Duke Golf Team is terminated. We have appreciated
your time with us but feel that this is the best decision for all parties
involved. This decision was made only by us as a group of five returning
players for next year's team. The coaches have had no part in this. We
recognize your efforts to retain your status on the team since your suspension,
however, we are confident that our decision will benefit everyone.


Sincerely,

Michael Quagliano, Clark Klaasen, Adam Long, Matt Pierce, Wes Roach