# EXHIBIT 3

Please Observe the Parking Sign. This Parking Area is for <u>Duke Varsity Team Members</u>. This is a warning, In the Future your car will be **Towed** at your Expense. Thank You