# EXHIBIT 4

E-MAIL SENT ON APRIL 15, 2008

Quoting Ryan Ressa <rressa@duaa.duke.edu>:

> Ed, Jessie, and Brent,
>
> Andrew Giuliani has been removed from the Duke Varsity golf team. We would appreciate if you could take him off the official list of players who is allowed to play and practice for free. Please treat him like a regular student from this time forward. Thanks for all your help.
>
> We really appreciate the support you all have shown us with the recent win and ACC's on the horizon. It's a team effort!
>
> Regards,
>
> Ryan Ressa
> Assistant Golf Coach
> Duke University