# EXHIBIT 5

_____

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential
materials contained in the original document have been extracted.

EXHIBIT 5
Page 1 of 29

# *DUKE UNIVERSITY*

# STUDENT-ATHLETE HANDBOOK

1

EXHIBIT 5
Page 2 of 29

# <u>TABLE OF CONTENTS</u>

<u>Topic</u>                                                          <u>Page</u>

Introduction                                                       3
Mission Statement                                                  4
Ethical Standards of the Department of Athletics                   5
Important Academic Information                                     6
Academic Advising                                                  9
Textbook Policy                                                    10
Financial Aid                                                      11
Departmental Standards of Behavior                                 13
Discrimination and Harassment Policy                              14
Social Networks                                                    15
Alcohol Policy                                                     16
Drug Policy and Testing Program                                    21
Important NCAA and ACC Regulations                                25
The Media, Sports Information, and You                             28
Training Room Policies and Procedures                             30
Weight Room Policies                                               32
Directory                                                          33

2

EXHIBIT 5
Page 3 of 29

# INTRODUCTION

This handbook is designed to provide varsity student-athletes with information concerning policies of Duke University and of the Duke University Athletic Association (DUAA). It is not intended as a substitute for other important university publications such as the *First-Semester Registration Workbook,* the *Bulletin of Undergraduate Instruction,* the *Bulletin of Information and Regulations,* or T-Reqs (http://www.aas.duke.edu/trinity/t-reqs/) . Therefore, it does not duplicate much of the information contained in those publications. This handbook is a supplement to other sources of information and should be regarded and used as such.

The most important thing to remember is that help of all kinds--academic, social, athletic, health-related-- is available if you need it. If you cannot find the answers to your questions in these books, ask your dean, ask your RA, ask your coach. A wide variety of services is available to you at Duke; use them.

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 5
Page 4 of 29

# ETHICAL STANDARDS of the DEPARTMENT OF ATHLETICS

The Duke University Department of Athletics has a long tradition of striving for distinction in athletic competition, in academic pursuits, and in community involvement.  As student-athletes, coaches, and staff of the Department of Athletics, we reaffirm our commitment to continuing and enhancing this tradition.

In the pursuit of this distinction, we affirm our commitment to integrity in all that we do and to respect for ourselves, for others, and for the University.  We affirm that the decisions we make and the behaviors we choose will be informed and guided by integrity and respect at all times.

As members of a community of scholars and learners, we reaffirm our commitment to the principles and values expressed in the Duke Community Standard--the honor code to which all undergraduates pledge themselves--and the policies derived from it.

We recognize that our position as a public face of the University imposes upon us the responsibility to represent Duke with honor and dignity.

As role models to young people, we recognize the necessity of modeling positive values and exemplary behavior.

As members of the Duke and Durham communities, we will foster respect for others, regardless of race, ethnicity, sexual orientation, or gender.

We affirm our commitment to the Ethical Standards of the Department of Athletics:  exemplary behavior, taking responsibility for our actions, conducting ourselves in a respectful and ethical manner in our relationships with others, and making positive choices in representing ourselves, our families, our teams, and our University.

EXHIBIT 5
Page 5 of 29

# **IMPORTANT ACADEMIC INFORMATION**

**TRANSITION TO COLLEGE** Duke is not high school. This may seem so obvious that it need not be said, but every year many freshmen act as if Duke were exactly the same as high school. You cannot study for the same amount of time as you did in high school and expect to succeed. You cannot put things off and get away with it any more. If you try to do four weeks of Duke work in one or two nights before a test, you won=t do very well. You cannot afford to take it easy for the first two or three weeks of the semester; if you don=t keep up early, you may never catch up. You will be much better off if you overestimate the difficulty of Duke and underestimate your level of preparation than the other way around.

It is all too common for students who are perfectly capable of doing good work at Duke to have a terrible first semester or year and then spend the rest of their academic careers trying to raise a low GPA. This happens because, although they recognize that Duke is different and harder than high school, they persist in studying in the same ways and the same amounts as they did in high school. **KEEP UP--DON=T CATCH UP.**

**CLASS ATTENDANCE** If you expect to do well, you must go to class. In virtually *every* case in which a student has been academically dismissed, lack of class attendance was a factor. In addition, if you do not attend class regularly, you will not be eligible for tutoring assistance or summer school financial aid. **Go to class**.

**THE GRAPEVINE** Relying on misinformation can be dangerous. Very few students understand all Duke academic and graduation requirements. Do not rely, therefore, on what you hear from other students. Check out what you hear on the grapevine with your academic dean and with the academic support office in the Athletics Department.

**STUDY HALL** Designated students will be required to attend regular study hours. The schedule of these hours will depend on your class schedule and will be arranged during the first week of classes. Your academic performance will determine how long you are required to attend study hall.

**ACADEMIC PROGRESS REPORTS** Some students will be required to make academic progress reports at regular weekly appointments. The reports will cover grades earned, class attendance, incomplete assignments, progress on term papers, etc.

**SUMMER SCHOOL** DUAA does not automatically pay for summer school. In general, those students who are *required* to attend summer school in order to meet continuation requirements will be supported to the extent that they are supported during the academic year (e.g., if you receive half an athletic scholarship during the academic year, DUAA will pay for half of your summer school expenses). Awarding of summer school financial aid is determined by the Director of Academic Support. If you think that you may *have* to go to summer school, you should see him prior to March 15 in the spring semester.

You are responsible for earning the two Aextra@ credits that are necessary to reach the

6

EXHIBIT 5
Page 6 of 29

graduation requirement of 34 courses. *DUAA will not finance summer school for this reason alone.*

**ACADEMIC DISHONESTY**    Duke University views academic dishonesty (cheating or plagiarism) as an extremely serious offense. A student who is found guilty of plagiarism or cheating by the Undergraduate Judicial Board is almost invariably suspended from the university for two semesters. In some cases, students have been expelled. This is as it should be. The student who cheats is committing the most serious offense possible in an academic community. It is much better to turn in a paper or assignment late or request an extension from your instructor than to turn in work that is not your own. Moreover, the student who is suspended for academic dishonesty also loses his or her athletic scholarship.

You need to be especially careful about indicating the sources of information you have used in writing papers. You need to cite *everything* you have derived from other sources. If you have citation questions, see your instructor and/or a staff member in the University Writing Studio. What may seem like a simple oversight or act of carelessness will look like plagiarism to the Judicial Board. Remember, no one ever got in trouble for having too many footnotes.

For the definitions of various kinds of academic dishonesty and for additional information about rules of conduct at Duke, see the *Bulletin of Duke University: Information and Regulations.*

**DEADLINES**    If you use your time wisely, you should never have trouble meeting deadlines for papers or other homework assignments. Every instructor allows plenty of time to complete the assigned work thoroughly and competently. It is up to you to use that time efficiently. The earlier you start on an assignment, the better your chances to do well. If you think of classes as a form of competition--after all, you are being judged compared to other students in the class--then procrastination amounts to giving your competitors a head start. Is it reasonable to expect to do as well on an assignment in two or three days as other students who have spent two or three weeks on it? In addition, most professors penalize late work or simply do not accept it. Think ahead; give yourself enough time to do a good job.

**LATENESS**    Nothing irritates an instructor as much as a student who is frequently late. Lateness is a sign of disrespect, lack of interest, and lack of commitment. Be on time.

**UNDERSTAND WHAT=S EXPECTED OF YOU**    Make sure that you know exactly what is expected on each assignment. If a professor assigns a paper, you need to know what kind of paper she expects. How long is it supposed to be? Does she expect research or completely independent thought? How broad or narrow should the topic be? To prepare adequately for a test, you need to know what kind of test to expect. Essay or short answer? Will it be based primarily on class notes or on the readings or both? You have a legitimate right to know the answers to these questions. Do not be afraid to ask them.

**TUTORING**    DUAA provides tutoring at no cost to varsity athletes provided that:

7

Case 1:08-cv-00502-WO-WWD Document 1-6 Filed 07/23/08 Page 7 of 30

EXHIBIT 5
Page 7 of 29

1) You have attended class regularly.  DUAA will not provide tutors as a substitute for class attendance;
2) You have utilized the assistance services associated with the class (help sessions, professor=s office hours, etc.) to the extent possible.
3) You arrive on time for each tutoring session.

If you are concerned about your performance in any class and meet the above qualifications, report to the appropriate academic support office in the Athletics Department during regular office hours to discuss the possibility of being assigned a tutor or contact a tutor directly at www.duke.edu/web/athletetutor.

For the most part, tutoring is most effective when it is undertaken on a sustained, regular basis.  Do not expect to be dramatically helped by one or two last-minute sessions.  Also, do not expect or ask the tutor to do homework assignments, write papers, etc.  You should go to tutoring sessions prepared to tell the tutor clearly what questions you have or what problems you have encountered.

**DUAA will pay only for tutoring that has been authorized.  If you do not follow the proper procedures, <u>you</u> will have to pay for any tutoring you receive.**

**MISSED CLASSES**   The university=s official policy is that you are excused from classes when you are acting as an official representative of the university (i.e., traveling to away games).  You cannot be penalized for what you have missed during these classes and must be allowed to make up any work that was due at the time.

You should inform your instructor early in the semester that you will have to miss some classes.  Whether the instructor requests it or not, it is a good idea to obtain an official excuse for these absences.  These excuses are available from your academic dean.

The fact that you will be required to miss some classes to participate in your sport makes it  imperative that you do not miss any other classes.  Once again, class attendance is crucial to academic success.  And under no circumstances will you be excused from class to attend an on-campus athletic practice.

**DUAA COMPUTERS**      The Department of Athletics provides computers for the use of student-athletes who are travelling to an out-of-town contest.  These computers include a limited number of lap-tops which can be checked out for 48 hours. In addition, computers in the Campbell Academic Center are accessible 24 hours a day.

**ACADEMIC DEANS**   Every student has an academic dean, depending on the major that he or she has declared.  The deans are your official primary source of academic information and assistance.  The academic support unit of the Department of Athletics acts as a supplement to the services the deans provide, *but **never** as a replacement for those services*.

8

EXHIBIT 5
Page 8 of 29

# ACADEMIC ADVISING

Academic advising may be the most important form of assistance you receive as an undergraduate.  This is especially true early in your career when you may be less sure of the direction you want to take and certainly know less than you will about requirements, courses, faculty members, and the curriculum in general.  When you first arrive at Duke, your *official* advisor is the faculty member in the Academic Advising Center or the School of Engineering to whom you are assigned during freshman orientation.  When you declare a major you will then be assigned an advisor in your major department.  You <u>must</u> consult this advisor during each registration period or you will not be allowed to register.  If you cannot register on time, you will have to pay a late fee and will also have a much more difficult time getting onto the courses you want since many required courses close during the registration period.

**THE ACADEMIC ADVISING CENTER**   No Duke student in Trinity College may declare a major before the end of the freshman year; your major must be declared, however, before Spring Break of the sophomore year.  Until you do so, you will be advised by a faculty member assigned to you by the Advising Center.  The directors of the Center are strict, and rightly so, about following the proper procedures for advising and registration.  If you fail to do so without a valid excuse, you will have to register late and accept the consequences.

**DUAA ACADEMIC ADVISING**   Advising from the academic support office of the Athletics Department should be regarded as preliminary and unofficial.  Most students have found that the most productive way to proceed is to consult with the academic support personnel before meeting with their official academic advisors.  But remember that this meeting does not excuse you from your official advising conference.

**ON-LINE REGISTRATION**    All registration and course changes (drop-add) are completed over the internet using the Automated Computer Enrollment System (ACES).  In order to have access to ACES, you must have acquired your personal identification number (PIN) from your advisor at your advising conference.  Without this number, you will be unable to register and will have to pay the late fee.  Always remember to safeguard your PIN; it grants access not only to registration but also to grade reports and other private information.

The procedures for registration through ACES are outlined in the Official Schedule of Courses which is available on-line at  www.duke.edu.

9

EXHIBIT 5
Page 9 of 29

# FINANCIAL AID

In general, student-athletes who are receiving financial aid fall into three categories: full athletic scholarship, partial athletic scholarship, and need-based, non-athletic institutional aid. Students who are on some form of athletic aid need to be aware of the relevant NCAA regulations.

1) You may not receive any aid in excess of the cost of a full athletic scholarship. For full scholarship students this means that you are not eligible for any other form of financial aid. Students on partial athletic scholarship may receive aid from other sources as long as the total of aid from all sources does not exceed the value of a full scholarship. If, for example, a full scholarship is worth $30,000 and you have been awarded an $18,000 athletic scholarship, you are free to accept other forms of aid up to $12,000. Any aid that you receive in excess of the cost of a full scholarship will have to be deducted from your athletic grant.

2) This prohibition on excessive aid does not apply to earnings from employment, as long as:

    T    The compensation does not include any remuneration for value that the student-athlete may have for the employer because of the publicity, reputation, fame, or personal following he or she has obtained because of athletics ability;

    T    The student-athlete is compensated only for work actually performed;

    T    The student-athlete is compensated at a rate commensurate with the going rate in that locality for similar services.

**These earnings must be approved and monitored by the Director of Compliance in the Department of Athletics (Campbell Academic Center, Schwartz-Butters Building).**

3) The NCAA allows a limited number of exceptions to these rules. The most significant of these for Duke students is the Pell Grant. Students who qualify for a Pell Grant may receive up to $4050. Because this money is in the form of a grant, you are under no obligation to pay it back. Any student who is interested in Pell Grant should contact the Duke Office of Financial Aid (684-6225). In addition, if you receive a Pell Grant, you also have access to the NCAA Needy Student Athlete Fund. This fund, administered by the ACC, can provide additional assistance for medical or dental bills, emergency travel, clothing, and other items. Applications for access to this fund are coordinated by the Duke Office of Undergraduate Financial Aid (684-6227). Finally, all student-athletes, regardless of need, have access to the NCAA Student Athlete Opportunity Fund. At Duke, this fund may be used to by textbooks and related academic supplies. This fund is administered by the Business Manager of the Department of Athletics (118 Cameron Indoor Stadium).

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential
Case 1:08-cv-00502-WO-WWD Document 1 Filed 07/28/08 Page 10 of 30

EXHIBIT 5
Page 10 of 29

Under NCAA regulations, athletic scholarships are granted for one year renewable terms. Under normal circumstances, Duke=s policy is to treat an athletic scholarship as a four year grant. Your scholarship will not be taken away for reasons of health or injury. However, the university may revoke your scholarship if you render yourself ineligible for athletic competition (this includes academic failure), falsify information on your application or letter of intent, or fail to follow the rules established for your sport, including failure to adhere to the student-athlete drug policy. You are free at any time to withdraw from the team voluntarily and resign your scholarship. If you do so, your scholarship, of course, would not be renewed.

12

EXHIBIT 5
Page 11 of 29

# DEPARTMENTAL STANDARDS OF BEHAVIOR

While individual teams are free to develop their own team rules, all student-athletes are also bound by department-wide standards of behavior:

It is illegal for underage persons to possess or consume alcoholic beverages.

It is illegal to drive while impaired.

It is both illegal and a violation of University rules to engage in hazing or harassment.

DUAA prohibits all student-athletes from drinking alcoholic beverages, using tobacco products, or using illegal substances whenever traveling with their team and/or acting as official representatives of Duke University. This prohibition extends to travel to and from an event, home games, team gatherings before or after games, and any time the team is together in an official capacity. It also prohibits consuming alcohol at any Athletics Department sponsored event.

DUAA prohibits student-athlete hosts from providing potential student-athletes with alcoholic beverages on official or unofficial recruiting visits.

DUAA requires any student-athlete cited for **any** off-campus violation to self report that violation to his/her Head Coach within 48 hours.

Failure to adhere to these standards of behavior may result in the Head Coach, after consultation with the Director of Athletics, imposing one or more of the following disciplinary actions:

Reprimand

Probation

Suspension

Loss of athletic aid

Cancellation of eligibility and dismissal from the athletic program

Finally, in the event that a student-athlete is charged with a felony, absent extraordinary circumstances as determined by the University administration, he/she will not be permitted to represent Duke in game competition until the charge is resolved and all court, University, and Athletics Department conditions for reinstatement have been met.

13

EXHIBIT 5
Page 12 of 29

# DISCRIMINATION AND HARASSMENT POLICIES

Duke University does not discriminate on the basis of race, color, national and ethnic origin, disability, sexual orientation or preference, gender, or age in the administration of educational policies, admission policies, financial aid, employment, or any other University program or activity. It admits qualified students to all the rights, privileges, programs, and activities generally accorded or made available to students. The University also does not tolerate harassment of any kind.

Questions, comments, or complaints of discrimination or harassment should be directed to the Office of the Vice President for Institutional Equity: (919) 684-8222. Further information, as well as the complete text of the harassment policy, may be found at http://www.duke.edu/web/equity/

14

EXHIBIT 5
Page 13 of 29

# ALCOHOL POLICY

**University-Wide Policy** As a community of scholars and learners, Duke University expects those within its community to be responsible with the use of alcohol. This policy shall guide the role of alcohol everywhere on the Duke campus and at all events sponsored by Duke organizations, schools, or administrative units. Students, staff, and faculty members are encouraged to learn about the social, physiological, and psychological consequences of drinking and alcohol abuse. Excessive and high-risk drinking can lead to negative consequences for the Duke community, including assault, illness, injury, litter, noise, property damage, and driving under the influence. All members of the Duke community share responsibility for creating an environment that limits dangerous drinking behaviors and, therefore, reduces the likelihood of these negative outcomes.The following shall guide the role of alcohol in the Duke community:

$ All possession, consumption, and distribution of alcohol at Duke University shall be in accordance with applicable North Carolina state laws.

$ Members of the Duke community are responsible for behaving in a manner that is not disruptive or endangering to themselves or others. Being under the influence of alcohol shall not be a mitigating factor for an individual=s behavior.

$ When persons under 21 years of age can reasonably be expected to be present at an event, proper precautions must be taken to restrict distribution and consumption of alcohol to persons of legal drinking age. Student organizations shall also adhere to the specific guidelines for events outlined in the undergraduate Bulletin of Information and Regulations or the Graduate and Professional Student Alcohol Policy.

$ Advertising or other communication that references the availability of alcohol at a function may not promote alcohol as the focus of the event or promote excessive drinking.

$ Each community (e.g. Undergraduate, Fuqua, Law, etc.) may establish additional guidelines and policies governing the possession, consumption, and distribution of alcohol that reach beyond these minimal expectations. Violations of policies shall be adjudicated using existing procedures within each segment of the university.

**Undergraduate Policy** The remainder of this policy, specifically for undergraduates, augments Duke=s university-wide alcohol policy. For individuals as well as groups, prohibited behavior includes:

Underage Possession/Consumption;

Unsafe/Irresponsible Behavior;

Violation of Community Expectations; and

General Provisions Violation.

Sanctions for violations of any of these prohibited behaviors are outlined in thechapter of this Bulletin entitled Resolution of Student Conflict and Alleged Violations of University Policy. Parents of students under the age of 21 will be notified of alcohol-related disciplinary violations when a student=s health or safety has been/is at risk. See

16

EXHIBIT 5
Page 14 of 29

Appendix E, Information and Resources Concerning Substance Use, for health effects associated with alcohol and other drug use, helpful resources for assistance, andlegal ramifications of illicit possession, use, or distribution.

**Underage Possession/Consumption** Students under 21 years of age are not permitted to purchase, possess, or consumealcoholic beverages. Being under the influence of any amount of alcohol while underageis considered a violation of this provision. For individuals as well as groups, prohibited behavior includes:

> Underage Possession/Consumption
>
> Unsafe/Irresponsible Behavior
>
> Violation of Community Expectations.

Sanctions for violations of any of these prohibited behaviors may include, but are not limited to, one or more of the following: educational initiatives, restitution to the community, fines, revocation of housing and/or on-campus driving privileges, referral to a substance abuse specialist, treatment through a professional agency such as the Duke Addictions Program, formal warning, disciplinary probation, suspension, or expulsion from the university. Parents of students under the age of 21 will be notified of alcohol-related disciplinary violations when a student=s health or safety has been/is at risk.For complete information regarding North Carolina state laws governing alcohol, consult the North Carolina General Statutes, Chapter 18B (available online at http://www.ncleg.net/gascripts/Statutes/Statutes.asp). Criminal penalties for a violation of these laws include a misdemeanor conviction, community service, possible loss of driver=s license, and/or fines. (Click here for information concerning health effects associated with alcohol and other drug use, helpful resources for assistance, and legal ramifications of illicit possession, use, or distribution.)

**Underage Possession/Consumption**  Students under 21 years of age are not permitted to purchase, possess, or consume alcoholic beverages. Being under the influence of any amount of alcohol while underage is considered a violation of this provision.

**Unsafe/Irresponsible Behavior**  Unsafe or irresponsible behavior is defined as actions that are harmful or potentially harmful to one=s self or others involving the use of alcohol. Such behavior includes, but is not limited to:

> consuming an excessive quantity in a short amount of time;
>
> participating in or facilitating drinking games or progressive parties;
>
> taking shots of liquor or consuming through beer bongs;
>
> use or attempted use of fraudulent identification or another=s identification to obtain alcohol; and
>
> making alcohol available to underage drinkers.

**Community Expectations Violation**  It shall be a violation of the alcohol policy to engage in an action while under the influence of alcohol that is disruptive to the community. Such behavior includes, but is not limited to:

17

Case 1:08-cv-00502-WO-WWD  Document 1-6  Filed 07/28/08  Page 15 of 30

EXHIBIT 5
Page 15 of 29

driving;

exhibiting disorderly conduct, damaging property, and/or fighting;

vomiting and/or urinating in public; and

cursing and/or shouting at others.

**General Provisions Violation**  Additionally, Duke University has established the following general provisions regarding alcohol:

No kegs are permitted in private rooms, student apartments, commons rooms, or other public space. (University-approved bartenders, who will be responsible for carding, may distribute alcohol from kegs in public space at officially approved and registered events.)

Only university-approved bartenders are permitted to distribute alcohol on campus, including alcohol from common-source containers.

Except at events in a licensed facility providing a cash bar, no spirituous liquor or fortified wines may be served to undergraduates.

All students on university property consuming or possessing alcohol mustcarry a valid driver=s license, state identification card, military identificationcard, or passport.

Alcohol may not be brought in glass containers to BYOB events that require registration.

No alcoholic beverages are permitted in first-year houses (or the surrounding grounds) on East Campus.

No alcoholic beverages are permitted within the confines of athletic facilities during sporting events.

The use of alcoholic beverages as a prize is prohibited.

**Group-Sponsored Social Functions**  Recognized groups may be held accountable for violations of the alcohol policy that occur during a group-sponsored event. As it is expected to ensure that such violations do not occur, a group will be held accountable if the group failed to take appropriate precautions. Appropriate precautions must include:

a party monitor for every 25 persons expected to attend the event;

adequate and accessible non-alcoholic beverages and food;

compliance with all fire safety regulations;

adequate control of access to event;

enforcing occupancy limits for the venue, including commons rooms, hallways, and stairwells;

calling for medical/police assistance as needed; and

serving of alcohol by licensed bartenders only.

18

EXHIBIT 5
Page 16 of 29

Student party monitors must have attended a party management seminar presented bythe Office of Student Activities and Facilities. Their duties shall include, but are not limited to, prevention of alcohol policy violations, intervention and care of inebriated, at-risk individuals, elimination of safety hazards, and attention to group precautions. Checking identification will be the responsibility of licensed bartenders.Social events that fail to meet any of these expectations must be shut down immediately.

**Health and Safety Intervention**  Because health and safety of students are of primary importance, students are encouraged not only to look out for their own health and safety but also for that of their peers. When a person=s health and/or safety is/are threatened or appear(s) to be in jeopardy, immediate action should be taken to prevent injury/illness/danger. The action may be a call to Duke Police (911; 684-2444 from non-campus phones) or Student Health (681-WELL (9355)) for assistance and guidance. Whatever the particular need/problem, itis important to respond in a responsible and timely manner.Formal disciplinary action for a violation of the alcohol policy will not be taken against students for whom medical assistance is sought, or against those who seek medical assistance for themselves or for others, provided that the student/group has not violated other university policies that warrant formal disciplinary action. A student who receives medical assistance shall be required to meet with a substance abuse specialist in Counseling & Psychological Services (CAPS) for education, assessment, and possible referral for treatment. The student will also be required to complete an educational assignment. Parents of such students under the legal drinking age will also be notified.In the event that a student fails to meet with the specialist, chooses not to participate inthe treatment program outlined, or exhibits a pattern of abusive behavior with alcohol, the student may be subject to formal disciplinary action and/or placed on a Medical Leave of Absence until he/she produces documentation that appropriate treatment has been successfully sought.

**Resources**  The following resources are available to members of the Duke community:

Duke Police and Emergency Medical Service: 911 or (919) 684-2444. Professionals will respond to assess the medical needs of an individual who isincapacitated or at-risk.

Counseling and Psychological Services: (919) 660-1000. CAPS offers evaluation, consultation, counseling, and referrals for students concerned about alcohol use.

Personal Assistance Service: (919) 416-1727. PAS offer assessment, short-term counseling, and referrals for employees and faculty members concerned about alcohol use.

Duke Addictions Program: (919) 684-3850. DAP offers evaluation, consultation, and treatment for individuals with alcohol and other substance abuse issues, as well as support services for family members.

Holly Hill Hospital: (800) 447-1800. 24-hour confidential advice on alcohol abuse.

19

EXHIBIT 5
Page 17 of 29

Academic courses related to alcohol use, treatment, and research. See course listings through the Office of University Registrar (http://registrar.duke.edu) or the Bulletin of each school.

## DUAA Alcohol Policy

While student-athletes are governed by the University Alcohol Policy, and individual teams may develop their own policies concerning consumption of alcoholic beverages, all student-athletes are also subject to a department-wide policy. Student-athletes who are found guilty of under-age consumption and/or driving while impaired will be subject to sanction, depending on the severity of the offense. The range of possible sanctions includes suspension from team activities, expulsion from the team, and/or revocation of athletic financial aid.

20

EXHIBIT 5
Page 18 of 29

# DRUG POLICY AND TESTING PROGRAM

The intent of these policies is to prevent the use of prohibited substances by student-athletes through education, testing, and professional guidance. Systematic drug testing is appropriate and necessary to ensure the health, safety and welfare of our student-athletes, to promote fair competition in intercollegiate athletics, to affirm compliance with applicable rules and regulations governing drug use, and to identify student-athletes who are improperly using drugs and assist them before they harm themselves or others

I.  **Prohibited use of banned substances.** All student-athletes enrolled at the University are prohibited from using any substance belonging to any of the classes of banned substances published by the NCAA, and updated from time to time. The classes of banned substances are: stimulants, anabolic steroids, diuretics (masking agents), street drugs (*e.g.*, heroin, marijuana, cocaine), and peptide hormones and analogues (e.g., human growth hormones and erythropoietin (EPO)). The University may test for any substance contained on the NCAA's list of banned substances, including unlisted compounds that are related to specific drugs listed by the NCAA (*i.e.*, substances that are included in a class of drugs by their pharmacological action and/or chemical structure). The student is responsible for everything that goes into his or her body; students use all drugs and nutritional or dietary supplements at their own risk. Before taking any drug or supplement, students should consult with their team trainer or physician.

II.  **Unannounced drug-testing.** All student-athletes identified on the NCAA official squad list and all intercollegiate teams will be subject to unannounced drug testing. All student athletes will be required to execute a waiver consenting to such testing. Testing may occur during any period the student is present on campus, including the preseason, during the regular academic year, and during the summer session.

III.  **The consequences of a positive test for street drugs and other classes of banned substances, other than anabolic steroids, peptide hormones and analogues, and diuretics**.

a.  A *first positive* test for a street drug, or other banned substance, other than anabolic steroids, peptide hormones and analogues, and diuretics, will be treated as a matter calling for evaluation, treatment, and counseling. A student will be subject to unannounced drug testing as part of his or her treatment. As part of a treatment plan, the student may be suspended from competition. A positive test which indicates that the student has used a banned substance during the period of evaluation, treatment, and counseling shall

21

Case 1:08-cv-00502-WO-WWD   Document 1-6   Filed 07/28/08   Page 19 of 30

EXHIBIT 5
Page 19 of 29

be treated as a *second positive* test, if it is a street drug or other banned substance, other than an anabolic steroid, peptide hormone or analogues, or a diuretic. If the positive test is for an anabolic steroid, peptide hormone or analogues, or a diuretic, it will be treated in accordance with the provision of this policy dealing with a positive test for those substances.

b.  A *second positive* test for a street drug or other banned substance, other than an anabolic steroid, peptide hormone or analogues, or a diuretic, will result in a suspension of eligibility to compete in all intercollegiate competition for at least 50% of the total regular season's contests, to be carried over into the next regular season, if necessary.

c.  A *third positive* test for a street drug or other class of banned substances, other than anabolic steroids, peptide hormones and analogues, or diuretics, will result in the permanent termination of eligibility to compete in all intercollegiate competition at Duke University.

IV.  **The consequences of a positive test for anabolic steroids, peptide hormones and analogues, and diuretics**. The use of anabolic steroids and peptide hormones and analogues is cheating and undermines the integrity of any athletic competition in which the offending student participates.

a.  A *first positive* test for an anabolic steroid, a peptide hormone or analogue, or a diuretic will result in a suspension of eligibility to compete in all intercollegiate competition for one calendar year.

b.  A *second positive* for an anabolic steroid, peptide hormone or analogue, or a diuretic will result in a permanent termination of eligibility to compete in all intercollegiate competition at Duke University.

V.  **Additional sanctions.** In addition to the foregoing sanctions, the Athletic Director or coach may treat a violation of this drug policy as student-athlete misconduct and impose appropriate additional sanctions.

VI.  **Labeling of urine samples.** All urine samples shall be divided into two parts, Sample A and Sample B. If the student's A sample tests positive for a banned substance, it will be deemed conclusive proof that the student violated this policy, unless the student requests an appeal from the positive test, in the manner required by this policy.

VII.  **Self-reporting.** A student may self-report his or her use of a banned substance, except where it is done to evade an unannounced drug test. When a student self-reports the use of a banned substance, he or she will be tested immediately and will be treated as having tested positive for the banned substance actually used.

22

EXHIBIT 5
Page 20 of 29

VIII.     **Notice of a violation of this policy.**  When a student has been found guilty of using a banned substance, the Athletic Director, the student's parents or guardians, and his or her coach will be notified.  The student also will be required to notify his or her teammates of a positive test for a banned substance, except where the student has self-reported the use of the substance under this policy, in which case whether and when others will be notified of the self-reported use of the banned substance will be decided on a case by case basis.

IX.     **Consequences of failing to participate in or cooperate with the drug testing program**.  All student-athletes are required to comply fully with the drug-testing program created by this policy.

a.     A failure to execute the drug testing consent form; an un-excused absence from a drug test; or a refusal to provide a sample or the tampering with or manipulation of a sample will be treated as *a positive for an anabolic steroid*.

b.     A failure to provide an adequate sample within a reasonable period of time may result in a suspension of eligibility until the student provides an appropriate sample under circumstances set by the University.  If, based upon the written report of the sample collector, the failure to provide a urine sample occurs under circumstances that amount to a refusal to provide the sample, the failure will be treated as *a positive for an anabolic steroid*.  All urine samples actually provided by a student may be tested.

X.     **Appeal from a positive test.**

a.     Any student who tests positive for the use of a banned substance may appeal to a drug testing appeal board.  The request for an appeal must be made in writing within 5 days of the written notice to the student that his A sample tested positive for a banned substance.  If the student requests an appeal, his or her B sample will be tested to confirm the presence of a banned substance. In case of an appeal, the Athletic Director, in consultation with the Chair of the Athletic Council, will appoint a 3-member panel to hear the appeal. The members of the board may include an athletic department administrator, a head trainer or team physician, a faculty member from the Athletic Council, and other members from outside the Athletic Department.  The chair of the board shall be a person from outside the Athletic Department.  No person associated with the student's team shall be appointed to the board.

b.     The student may appeal on any ground, including on the ground that he or she had "no fault" for the doping violation (i.e., that he or she did not know and could not reasonably have discovered or suspected that he or she was

23

EXHIBIT 5
Page 21 of 29

administered or took a banned substance) or that he or she had "no significant fault" (the student's fault or negligence in the totality of the circumstances was not significant in relationship to the doping violation). In the case of no fault, the student will be absolved of the violation; in the case of no significant fault, the board may reduce any suspension by up to 50% of what it other wise would have been, except in the case of a first positive for a street drug or other class of banned substances, other than anabolic steroids, and peptide hormones and analogues. *However, it shall not be a basis for appeal solely that the student unwittingly used a product that contained a banned substance.*

c.     On appeal, the student will have the burden of establishing his or her defense by clear and convincing evidence.

d.     The sanctions authorized by this policy shall not be imposed ( a )until the hearing board has decided any appeal by the student; ( b ) the student has withdrawn the appeal in writing; or ( c ) the time for the student to appeal has expired.

## XI.          Confidentiality.

a.     Except as required by law, the University will treat confidentially all information relating to a student's alleged or confirmed use of a prohibited substance, aside from such disclosures to University personnel, parents, guardians, coaches, and the student's teammates that are required to be made under this policy.

b.     Employees of the University who breach this policy of confidentiality or who disclose information about unannounced random drug testing, such as the dates of such testing and the students or teams subject to testing on a particular date will be treated in the same manner as employees who breach the confidentiality of patients' medical records.

## XII.          Oversight Committee.

a.     The President will appoint a committee to oversee the program established by this policy. The members of the committee shall include an Athletic Department administrator, a member of the faculty, a representative from Student Affairs, and a trainer or team physician.

b.     The oversight committee will be responsible for determining the appropriate drug screening test to use, the frequency of tests, and the selection process for unannounced testing. The Committee also will be responsible for evaluating the adequacy of all drug educational programs established for student-athletes. Finally, the Committee will be responsible for making an annual report to the President and Athletic Director concerning implementation of this policy. The report shall include any recommendations for modification of the policy, drug educational programs, or sanctions for violating the policy.

24

EXHIBIT 5
Page 22 of 29

# IMPORTANT NCAA and ACC REGULATIONS

As a member of the National Collegiate Athletics Association (NCAA) and the Atlantic Coast Conference (ACC), Duke is committed to upholding rules of fair play and to complying with NCAA regulations. The individuals responsible for maintaining compliance with national and conference rules are Chris Kennedy, Senior Associate Director of Athletics and Jamie Pootrakul, Compliance Coordinator. See them if you have any questions or concerns about your eligibility or any other issues related to the rules governing college athletics.

**COMPLIMENTARY ADMISSIONS POLICY**     Under NCAA rules, members of teams which charge admission to their contests are entitled to receive up to four complimentary admissions for each regular season contest and six for each NCAA Championship contest or bowl game. There is no restriction on who may receive these passes. You may also give your passes to a teammate who may then designate the recipients.

The Department of Athletics will issue a form to each eligible student-athlete prior to each contest. On this form, you will be asked to designate the recipients of your complimentary admissions. On the reverse of the form is a copy of NCAA rules governing complimentary admissions which you are required to obey:

> NCAA Bylaw 16.2.1.2: AComplimentary admission shall be provided only by a pass list for individuals designated by the student-athlete. >Hard tickets= shall not be issued.@

> NCAA Bylaw 16.2.2.1: AA student-athlete may not receive payment from any source for his or her complimentary admissions and may not exchange or assign them for any item of value.@

You will be asked to sign this card. You must understand that DUAA is required to comply with and enforce NCAA rules and will do so if you abuse the use of complimentary admissions. Abuse of this rule will result in penalties ranging from loss of ticket privileges for one or more contests to suspension from the team.

**GAMBLING**   Gambling is an enormous industry in this country. Every year, more than 20 billion dollars are wagered on sports. With this much money at stake, gamblers place a premium on anything which will give them an edge, especially inside information. Be careful. Do not discuss Duke athletes or teams with anyone you do not know, including other students. Be especially wary of phone calls seeking information about injuries, weather, or any other factor that could affect the outcome of a game. You could lose your eligibility for placing or accepting a bet or for giving information to gamblers.

**AMATEURISM**   In order to participate in intercollegiate athletics, you must be an amateur in your sport. You lose your amateur standing if you use your athletics skill in any form for pay,

25

Case 1:08-cv-00502-WO-WWD   Document 1-6   Filed 07/28/08   Page 23 of 30

EXHIBIT 5
Page 23 of 29

sign a contract to play professional athletics, sign with an agent, compete on a professional team, or accept reimbursement or pay from a professional sports organization, The rules governing amateurism are
complicated and your eligibility to compete for Duke is at stake.  If you have doubts or questions about any situation, check with the Duke Compliance Office.

**REDSHIRT/HARDSHIP**   These two terms, which are frequently used interchangeably, refer to two completely different ways of maintaining eligibility through five years of competition. ARedshirting@ refers to the practice of intentionally holding a student out of competition for an entire year.   Since all student-athletes have five years in which to use their four years of eligibility, this means that the student may be a sophomore academically and yet still have four years of eligibility remaining.  Duke=s policy is to use the redshirt rule on a very limited basis.  Unlike many institutions, Duke will not redshirt whole classes.  The Duke policy mandates that the student take an active role  in seeking a redshirt year: Ano earlier than the beginning of his or her sixth semester and no later than the end of his or her seventh semester, a student-athlete who desires to compete during a post-eighth semester must apply in writing for permission to do so.  The application should be made to the team coach . . . If the coach determines that in his or her judgment approving the request would be beneficial to the student-athlete and to the athletic program, he or she must indicate approval in writing . . . to the Director of Athletics.@

AHardship@ refers to gaining an extra year of eligibility after suffering an injury serious enough to prevent you from competing for the rest of the season.  You are eligible to apply for a hardship year if your injury occurs in the first half of the season and if you have not competed in more than two events or twenty percent (whichever is greater) of the institution=s completed events in your sport.  If you become eligible for a hardship extension of eligibility, you should consult with your coach concerning application for approval.

**ENDORSEMENTS**   NCAA rules prohibit the use of a student-athlete=s name or picture to endorse a commercial product or service.   The penalty for doing so is loss of eligibility.  Seemingly innocent things, such as posing for a calendar to benefit a fraternity or sorority, can be interpreted as violations of this rule.   Check with your coach if you have any questions or concerns.

**PLAYING AND PRACTICE SEASON LIMITATIONS**   There are limits on what can be required of you by your coach.  During the season, you cannot spend more than 20 hours per week or four hours per day in *required* athletically-related activities (practice, conditioning, meetings, film study, weight lifting).  In addition, you must be granted one day off each week.  In the off-season, you cannot be required to spend more than eight hours per week on conditioning activities; two of those eight hours may be spent on skill instruction with your coach.

26

EXHIBIT 5
Page 24 of 29

**TRANSFER TO ANOTHER ACC SCHOOL**     If you were recruited by Duke, if the Department of Athletics interceded for you in admissions, or if you received athletic financial aid, and you want to transfer to another ACC institution, you are subject to the following restrictions:

1) You must complete a year of residency at the school to which you transfer before you are eligible to compete or receive athletic financial aid;

2) your year of residency will count as one of your four seasons of eligibility;

3) you will count toward the team scholarship limits at your new institution.

27

EXHIBIT 5
Page 25 of 29

# THE MEDIA, SPORTS INFORMATION, AND YOU

**PURPOSE** A high-profile athletics program such as Duke=s attracts extensive media coverage. The Duke Sports Information Department (SID) exists to help student-athletes and coaches cooperate with members of the media in a constructive and efficient manner.

Duke student-athletes typically make excellent spokesmen for all the university represents. Therefore, we encourage you to interact with media members whenever possible. The Sports Information staff understands and appreciates the many demands on your time, further emphasizing the need for communication between you and the SID staff when it comes to media access.

**INTERVIEW POLICIES** *All* interviews with Duke student-athletes are arranged through the Sports Information Office. Media are asked to contact the SID at least 24 hours in advance to arrange a time for an interview that is convenient for you. Interviews are normally scheduled before or after practice sessions so as not to interfere with the student=s time away from athletics. The location is usually the SID office (115 Cameron Indoor Stadium) or the practice site. For post-game interviews, there is a ten minute Acooling off@ period for student-athletes before they interact with the media. Duke has an equal access policy regarding post-game interviews in the locker room. In Football and Women=s Basketball, players are brought to an interview area following comments from the head coach. In Men=s Basketball, the locker room is open to all media members. The rules vary from sport to sport but insure equal access to media members.

Representatives of the media are not permitted to call Duke student-athletes in their dorms or apartments or on their cell phones for interviews. The SID office has a strict policy of NEVER distributing student-athletes= phone numbers, and it discourages students from providing their numbers to reporters for Afollow-up@ calls or for any other reason. If a reporter should call your room or cell phone, instruct him or her to contact the SID office and follow the proper procedure.

**TIPS TO MAKE INTERVIEWS MORE ENJOYABLE** Relax and have fun. The media always appreciate honest answers and you=ll feel more comfortable just being yourself. Always remember that you are not only representing yourself, but your coach and your school.

Be prompt. When we set up an interview for you, we expect you to keep your appointment. If a problem arises, call us. There is nothing more distressing for the athletics staff and embarrassing for the university and your program than to have media members waiting for your appearance.

You can say Ano@. Most of your interviews will come about because of success. On occasion, however, you may be asked about a situation that is delicate or controversial. If you are asked about something that may reflect negatively on you, your team, or Duke, remember

28

EXHIBIT 5
Page 26 of 29

that you have the right not to discuss a particular subject.  Be polite but firm.  Say AI=d rather not discuss that subject.@  Use the sports information staff as a sounding board if you are uncomfortable with certain  subjects.

Be quotable.  You can develop a reputation as a good interview by being creative and quotable without being outrageous or controversial.  Remember that your opponents already have plenty of motivation.  There=s no reason to say anything that will provide them with more.

You can improve.  If you=re interested in improving your ability to handle interviews or public speaking situations, we can help you.  Our business is dealing with the media, so make use of the sports information staff.  You can make a positive impression in interview situations if you know what you=re doing.

Positive interaction between Duke student-athletes and the media is important to the university, but this importance is relative.  You will never be asked to miss class or postpone schoolwork to conduct an interview, and you should not volunteer to do so.

In an interview, you are encouraged to be open, honest, and prudent.  Avoid situations in which you are speaking Aoff the record@.  Information obtained in these circumstances very rarely  remains off the record.

**OTHER FUNCTIONS OF THE SID OFFICE**   The Sports Information Department publishes the media guides and publicity materials for each varsity sport at Duke.  We always work in the best interests of the university and *we are not members of the media.*  During your freshman year you will be asked to fill out a publicity questionnaire by our office so that we have all of your vital information on file.  Please fill it out completely and honestly.  This helps us with biographical information and allows us to be more knowledgeable about you.

We will contact your hometown newspapers as often as possible so your family and friends back home can hear about your accomplishments.  We are here to help you, so please feel free to provide us with any facts or accomplishments we may not know.

**MEDIA IN THE TRIANGLE**   Five major newspapers cover Duke athletics on a daily basis.  They are the Durham *Herald-Sun*, the Raleigh *News and Observer*, The Greensboro *News and Record*,  the *Winston-Salem Journal,* and the *Charlotte Observer*.  Three television stations have full-time sports staffs: WRAL (CBS), WTVD (ABC), and WLFL (Fox).  Duke=s radio station rights belong to Moore Productions, Inc. with WDNC (620 AM) as the flagship station in Durham.  Over 30 stations cover every Duke football game and over 65 cover every basketball contest.  The student newspaper, *The Chronicle*, also provides the Duke community with extensive coverage of all 26 sports.  Duke also attracts a large national audience and thus it is not uncommon to have media members from all over the country in town to cover a Duke event or interview a Duke student-athlete.

29

EXHIBIT 5
Page 27 of 29

# TRAINING ROOM POLICIES AND PROCEDURES

There are four Duke University Varsity Training Rooms, located in the Murray Athletic Facility (Olympic Sports), The Yoh Center (Football, injury rehabilitation), the Schwartz-Butters Building (Men=s and Women=s Basketball), and the Brodie Gym (Field Hockey, Volleyball). These training rooms are open to all students who are members of intercollegiate teams. They are staffed by 10 certified athletic trainers. Along with the staff athletic trainers, there are five physicians who work directly with Duke athletes. Dr. Tee Moorman is Director of Sports Medicine. He is responsible for care of all orthopaedic (injury) problems, along with Dr. Allison Toth, Dr. Bill Garrett, and Dr. Dean Taylor. Dr. Jeff Bytomski is team medical physician. He is responsible for all medical (illness) needs of Duke athletes. Through these physicians, the training room staff can also call upon the resources of the Duke University Medical Center to handle any problems that student-athletes may experience.

**DOCTOR REFERRALS** All doctor referrals for Duke athletes are done through the training room. One of the staff athletic trainers will make any appointment you may need. Do not take it upon yourself to make an appointment with the team orthopaedic physician or any other specialist. In order for any athlete to be seen, he or she must have an Injury/Illness Referral Form from the training room prior to the appointment.

**PHYSICAL EXAMINATIONS** All varsity athletes are required to undergo a physical examination every year in order to be allowed to practice and compete. Physicals will be coordinated by the training room staff and head coach. Your head coach will inform you of the date, time, and place of your physical prior to the beginning of practice.

**INSURANCE COVERAGE** All Duke athletes are covered by a catastrophic injury policy taken out by the Department of Athletics. This covers you in the case of a catastrophic injury and/or death that occurs during practice or a contest. All athletes are also covered by travel insurance which would cover you in case of an accident which occurs while you are traveling with your team to or from a site of competition.

Medical insurance is divided into two components. The Athletic Department has secondary insurance coverage on all athletes in case of injury. The athlete=s parents= insurance policy is used as the primary policy in case of injuries which require doctor=s referrals, surgery, etc. Your parents are aware of this policy and have filled out an Insurance Information Form for this purpose.

**NON-ATHLETIC AND PRE-EXISTING INJURIES AND ILLNESSES** The Duke Athletic Department insurance *does not* provide coverage for any illness, pre-existing condition, or non-athletic injury that you may incur. It provides coverage only for athletic injuries that occur during university sponsored and supervised athletic events. The athletic trainers and team doctors will help in coordination of treatment and care for non-athletic injuries and illnesses but financial responsibility for this care falls upon the athlete and his/her parents.

_____
Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 5
Page 28 of 29

**HOSPITAL AND DOCTOR=S BILLS**   If are injured during athletic participation and receive a bill from Duke Medical Center, have it sent to the Head Athletic Trainer as soon as possible. He will make certain that the bill is processed correctly.  Because the processing of bills through the DUMC accounting and billing department is sometimes slow, you or your parents may receive the same bill again.  If this should occur, make sure that you          ents continue to forward the bills to the Head Athletic Trainer.


**MEDICAL CARE FOR STUDENT-ATHLETES**    All varsity athletes are under student health medical care.  To accommodate your class and practice schedules, Dr. Bytomski is available for medical visits in the Murray Training Room from 1:30-5:00 p.m., Monday through Friday.  No appointments are necessary.

Because of the necessity of having continuity of care and to keep the trainers and coaches aware of any problems, he should be informed about any treatment or infirmary admission that occurs after training room hours.

Consultations, when necessary, will be arranged by Dr. Bytomski.

**GENERAL TRAINING ROOM REGULATIONS**

1)  Report all injuries and illnesses to the training room staff immediately.
2)  No cleats or spikes are allowed in the training room.
3)  No horseplay or foul language in the training room.
4)  Do not remove any supplies (tape, elastic wrap, towels, etc.) from the training room without permission from the training room staff.
5)  The training room is co-ed; dress appropriately.
6)  Return any equipment (crutches, elastic wraps, immobilizers, etc.) which you no longer need.
7)  PICK UP AFTER YOURSELF.

31

EXHIBIT 5
Page 29 of 29

I hereby consent to participation in the Duke University Drug-Testing Program as a condition of my participation in intercollegiate athletics at Duke and as a condition to the receipt of any athletically related financial aid. I affirm that I have been provided an opportunity to review the policy and procedures for the Duke University Drug-Testing Program and have been given an opportunity to ask questions about the Program.

I understand that the failure to execute this drug-testing consent form; an un-excused absence from a drug test; or a refusal to provide a sample or the tampering with or manipulation of a sample will be treated as a positive drug test for an anabolic steroid. This will result in the suspension of eligibility to compete in intercollegiate competition for one calendar year and may result in the loss of athletic financial aid.

I understand that the results of any positive drug tests will be disclosed in accordance with the policies and procedures of the Duke University Drug-Testing Program.

_____            _____
Date                            Signature of student-athlete


_____            _____
Date                            Signature of parent/guardian (if student is a minor)


_____
Name (please print)


_____
Sport