# EXHIBIT 7

_____

**Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential
materials contained in the original document have been extracted.**

EXHIBIT 7
Page 1 of 52

*bulletin of*

# Duke University
# 2007-2008

## *The Duke Community Standard in Practice:*
*A Guide for Undergraduates*



EXHIBIT 7
Page 2 of 52

# University's Mission Statement

James B. Duke's founding Indenture of Duke University directed the members of the University to "provide real leadership in the educational world" by choosing individuals of "outstanding character, ability and vision" to serve as its officers, trustees and faculty; by carefully selecting students of "character, determination and application;" and by pursuing those areas of teaching and scholarship that would "most help to develop our resources, increase our wisdom and promote human happiness."

To these ends, the mission of Duke University is to provide a superior liberal education to undergraduate students, attending not only to their intellectual growth but also to their development as adults committed to high ethical standards and full participation as leaders in their communities; to prepare future members of the learned professions for lives of skilled and ethical service by providing excellent graduate and professional education; to advance the frontiers of knowledge and contribute boldly to the international community of scholarship; to promote an intellectual environment built on a commitment to free and open inquiry; to help those who suffer, cure disease and promote health, through sophisticated medical research and thoughtful patient care; to provide wide ranging educational opportunities, on and beyond our campuses, for traditional students, active professionals and life-long learners using the power of information technologies; and to promote a deep appreciation for the range of human difference and potential, a sense of the obligations and rewards of citizenship, and a commitment to learning, freedom and truth.

By pursuing these objectives with vision and integrity, Duke University seeks to engage the mind, elevate the spirit, and stimulate the best effort of all who are associated with the University; to contribute in diverse ways to the local community, the state, the nation and the world; and to attain and maintain a place of real leadership in all that we do.

—*Adopted by the Board of Trustees on February 23, 2001*

# The Duke Community Standard

Duke University is a community dedicated to scholarship, leadership, and service and to the principles of honesty, fairness, respect, and accountability. Citizens of this community commit to reflect upon and uphold these principles in all academic and non-academic endeavors, and to protect and promote a culture of integrity.

To uphold the Duke Community Standard:
- I will not lie, cheat, or steal in my academic endeavors;
- I will conduct myself honorably[*] in all my endeavors; and
- I will act if the Standard is compromised.

---

[*] *Corrected from the 2007-08 printed version, which read "I will conduct myself responsibly and honorably in all my endeavors..."*

EXHIBIT 7
Page 3 of 52

*bulletin of*

# Duke University
# 2007-2008

## *The Duke Community Standard in Practice:*

*A Guide for Undergraduates*

EXHIBIT 7
Page 4 of 52

EDITORS
Stephen Bryan
David Frankel
Valerie Kolko
Christine Pesetski

COORDINATING EDITOR
Rob Hirtz

PUBLICATIONS COORDINATOR
Jennifer Deer

The information in this bulletin applies to the academic year 2007-2008 and is accurate and current, to the extent possible, as of July 2007. The university reserves the right to change programs of study, academic requirements, teaching staff, the calendar, and other matters described herein without prior notice, in accordance with established procedures.

Duke University prohibits discrimination, and provides equal employment opportunity without regard to race, color, religion, national origin, disability, veteran status, sexual orientation, gender identity, sex or age. The university also makes good faith efforts to recruit, employ and promote qualified minorities, women, individuals with disabilities, and veterans. It admits qualified students to all the rights, privileges, programs and activities generally accorded or made available to students. The university prohibits harassment of any kind.

Questions, comments or complaints of discrimination or harassment should be directed to the Office for Institutional Equity, (919) 684-8222. Further information, as well as the complete text of the harassment policy, may be found at http://www.duke.edu/web/equity/.

The Family Educational Rights & Privacy Act (FERPA), 20 U.S.C § 1232g; 34 CFR Part 99, is a federal law that guides the release of students' education records, of which disciplinary records are a part. For additional information about FERPA, see http://www.ed.gov/policy/gen/guid/fpco/ferpa/index.html.

Duke University is prepared to make reasonable academic adjustments and accommodations to allow students with disabilities full participation in the same programs and activities available to students without disabilities. The Student Disability Access Office assists students with disabilities who are enrolled in Trinity College and the Pratt School of Engineering. In order to receive consideration for reasonable accommodations under the Americans with Disabilities Act (ADA), a student must have a physical or mental impairment that substantially limits one or more major life activities such as, but not limited to, hearing, seeing, speaking, breathing, performing manual tasks, walking, caring for oneself, and learning. Substantially limiting refers to an impairment that prevents an individual from performing a major life activity or significantly restricts the condition, manner, or duration under which an individual can perform a major life activity.

Students requesting accommodations under the provisions of ADA (e.g., academic, housing, etc.) must consult Dr. Emma Swain, director, Student Disability Access Office, (919) 668-6213 or (919) 668-1329 TTY, to explore possible coverage. Students with medical conditions not covered under the provisions of ADA must consult Duke Student Health Service at (919) 681-9355 for further information.

Duke University recognizes and utilizes electronic mail as a medium for official communications. The university provides all students with e-mail accounts as well as access to e-mail services from public clusters if students do not have personal computers of their own. All students are expected to access their e-mail accounts on a regular basis to check for and respond as necessary to such communications, just as they currently do with paper/postal service mail.

Information that the university is required to make available under the Student Right to Know and Campus Security Acts may be obtained from the Office of News and Communications at (919) 684-2823 or in writing to 615 Chapel Drive, Box 90563, Duke University, Durham, North Carolina 27708.

Duke University is accredited by the Commission on Colleges of the Southern Association of Colleges and Schools to award baccalaureate, masters, doctorate, and professional degrees. Contact the Commission on Colleges at 1866 Southern Lane, Decatur, Georgia 30033-4097 or call 404-679-4500 for questions about the accreditation of Duke University.

In accordance with Title IX of the Education Amendments of 1972, Duke University prohibits discrimination on the basis of sex in the administration of its educational policies, admission policies, financial aid, employment, or any other university program or activity. Duke University has designated Dr. Benjamin D. Reese, vice president of the Office for Institutional Equity, as its Title IX Coordinator.

This publication may be accessed online at: http://www.registrar.duke.edu/bulletins/communitystandard.

July 2007

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential
Case 1:08-cv-00502-WO-WWD Document 1-8 Filed 07/23/08 Page 5 of 53

EXHIBIT 7
Page 5 of 52

# University Administration

## GENERAL ADMINISTRATION

Richard H. Brodhead, Ph.D., *President*
Victor J. Dzau, M.D., *Chancellor for Health Affairs; and President and Chief Executive Officer, Duke University Health System, Inc.*
Peter Lange, Ph.D., *Provost*
Neal F. Triplett, M.B.A., *President and Chief Executive Officer of Duke Management Company*
Tallman Trask III, M.B.A., Ph.D., *Executive Vice-President*
Peter C. Agre, M.D., *Vice-Chancellor for Science and Technology*
Joseph L. Alleva, M.B.A., *Director of Athletics*
Pamela Bernard, J.D., *Vice-President and University Counsel*
John F. Burness, A.B., *Senior Vice-President for Public Affairs and Government Relations*
Robert M. Califf, M.D., *Vice-Chancellor for Clinical Research*
H. Clint Davidson, Jr., M.B.A., *Vice-President for Human Resources*
Kemel Dawkins, B.A., *Vice-President for Campus Services*
Tracy Futhey, M.S., *Vice-President for Information Technology and Chief Information Officer*
Catherine Lynch Gilliss, D.N.Sc., *Vice-Chancellor for Nursing Affairs and Dean of the School of Nursing*
N. Allison Haltom, A.B., *Vice-President and University Secretary*
B. Hofler Milam, M.B.A., *Vice-President for Finance*
Larry Moneta, Ed.D., *Vice-President for Student Affairs*
Molly K. O'Neill, M.S.H.A., *Vice-Chancellor for Medical Center Integrated Planning; and Vice-President for Business Development and Chief Strategic Planning Officer, Duke University Health System, Inc.*
Benjamin D. Reese, Jr., Psy.D., *Vice-President for Institutional Equity*
James S. Roberts, Ph.D., *Executive Vice-Provost for Finance and Administration*
Robert S. Shepard, Ph.D., *Vice-President for Alumni Affairs and Development*
Robert L. Taber, Ph.D., *Vice-Chancellor for Corporate and Venture Development*
Samuel M. Wells, Ph.D., *Dean of the Chapel*
Huntington F. Willard, Ph.D., *Vice-Chancellor for Genome Sciences and Director of the Institute for Genome Sciences and Policy*
Gordon D. Williams, B.A., *Executive Vice-Dean and Chief Operating Officer, School of Medicine and Vice-Chancellor for Operations, Duke University Medical Center*
R. Sanders Williams, M.D., *Vice-Chancellor for Academic Affairs and Dean of the School of Medicine*
Phail Wynn Jr., Ph.D., *Vice President of Durham and Regional Affairs*

## GENERAL ACADEMIC ADMINISTRATION

Peter Lange, Ph.D., *Provost*
Nancy B. Allen, M.D., *Vice-Provost for Faculty Diversity and Faculty Development*
Bruce W. Cunningham, Ph.D., *University Registrar*
Kimberly Harris, B.S., *Director, Academic Human Resources*
Deborah Jakubs, Ph.D., *University Librarian and Vice-Provost for Library Affairs*
David Jamieson-Drake, Ph.D., *Director, Institutional Research*
Deborah A. Johnson, Ph.D., *Assistant Vice-Provost and Director for Student Information Systems and Services*
Jacqueline Looney, Ph.D., *Associate Vice-Provost for Academic Diversity and Associate Dean of the Graduate School*
Gilbert Merkx, Ph.D., *Vice-Provost for International Affairs and Development*
Amy Oates, B.A., *Director, Academic Financial Services and Systems*
Katharine Pfeiffer, M.A., *Assistant Vice-Provost and Director, Student Information Services and Systems*
Michael P. Pickett, M.A., *Special Assistant to the Provost for Academic Technology*
James S. Roberts, Ph.D., *Executive Vice-Provost for Finance and Administration*
Susan Roth, Ph.D., *Vice-Provost for Interdisciplinary Studies*
Judith Ruderman, Ph.D., *Vice-Provost for Academic and Administrative Services*
James N. Siedow, Ph.D., *Vice-Provost for Research*
John Simon, Ph.D., *Vice-Provost for Academic Affairs*
Jo Rae Wright, Ph.D., *Vice-Provost and Dean of the Graduate School*

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 6 of 52

## ARTS AND SCIENCES

George L. McLendon, Ph.D., *Dean of the Faculty of Arts and Sciences*
Stephen Nowicki, Ph.D., *Dean of Undergraduate Education*
N. Gregson G. Davis, Ph.D., *Dean of the Humanities*
Sarah J. Deutsch, Ph.D., *Dean of the Social Sciences*
Robert J. Thompson, Jr., Ph.D., *Dean of Trinity College and Vice-Provost for Undergraduate Education*
Robert F. Barkhau, B.S., *Director, Arts and Sciences Facilities*
Charles W. Byrd, Jr., Ph.D., *Associate Dean for Academic Affairs*
Colleen Fitzpatrick, M.Ed., *Associate Dean for Development*
Sandra P. Connolly, M.S., *Senior Associate Dean for Finance and Administration*
Molly J. Tamarkin, M.A., MFA, *Associate Dean for Information Technology and Director of OIT in Arts and Sciences*
Lee W. Willard, Ph.D., *Associate Dean for Academic Planning and Special Projects*

## TRINITY COLLEGE OF ARTS AND SCIENCES

Robert J. Thompson, Jr., Ph.D., *Dean of Trinity College of Arts and Sciences*
Gerald L. Wilson, B.D., Ph.D., *Senior Associate Dean for Administration; Social Sciences and Pre-Law*
Milton A. Blackmon, Ed.D., *Assistant Dean, Academic Advising Center*
Martina J. Bryant, Ed.D., *Associate Dean for Social Sciences and Pre-Business*
Paula E. Gilbert, Ph.D., *Director and Associate Dean for Continuing Studies and Summer Session*
Norman C. Keul, Ph.D., *Associate Dean for Humanities and Interdisciplinary Programs*
Donna Kostyu, Ph.D., *Assistant Dean, Academic Advising Center*
Diane L. McKay, Ph.D., *Assistant Dean, Academic Advising Center*
Mary Nijhout, Ph.D., *Associate Dean for Natural Sciences and Pre-Graduate School*
Margaret Riley, Ph.D., *Director of Study Abroad and Associate Dean for Study Abroad*
Ellen W. Wittig, Ph.D., *Associate Dean for Humanities and Director of the Office of Courses and Curriculum*
Caroline L. Lattimore, Ph.D., *Assistant Dean for Social Sciences*
Michele Rasmussen, Ph.D., *Assistant Dean and Director of the Academic Advising Center*
Lynn K. White, M.D., *Assistant Dean, Academic Advising Center*

## THE EDMUND T. PRATT JR. SCHOOL OF ENGINEERING

Kristina M. Johnson, Ph.D., *Dean*
Tod Laursen, Ph.D., *Senior Associate Dean for Education*
Linda Franzoni, Ph.D., M.S., *Associate Dean for Student Programs*
Constance E. Simmons, M.B.A., *Associate Dean for Undergraduate Affairs*

## STUDENT AFFAIRS

Larry Moneta, Ed.D., *Vice President for Student Affairs*
Zoila Airall, Ph.D., *Assistant Vice President for Campus Life*
Sheila Curran, PGCE, *Fannie Mitchell Executive Director, Career Center*
Kathy R. Hollingsworth, Ph.D., B.S.M.D., *Director, Counseling and Psychological Services*
Edward Hull, M.Ed., *Dean of Residence Life and Executive Director of Housing Services*
Caroline Nisbet, M.A., *Assistant Vice President for Student Affairs*
William Purdy, M.D., *Executive Director of Student Health*
Suzanne Wasiolek, M.H.A., J.D., LL.M., *Assistant Vice President and Dean of Students*

## ADMISSIONS AND FINANCIAL AID

Christoph O. Guttentag, M.A., *Dean of Undergraduate Admissions*
James A. Belvin, Jr., A.B., *Director, Office of Undergraduate Financial Aid*

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 7 of 52

# *The Duke Community Standard*



*10 The Duke Community Standard*

EXHIBIT 7
Page 8 of 52

# The Duke Community Standard

Duke University is a community dedicated to scholarship, leadership, and service and to the principles of honesty, fairness, respect, and accountability. Citizens of this community commit to reflect upon and uphold these principles in all academic and non-academic endeavors, and to protect and promote a culture of integrity.

To uphold the Duke Community Standard:

- I will not lie, cheat, or steal in my academic endeavors;
- I will conduct myself honorably[*] in all my endeavors; and
- I will act if the Standard is compromised.

# Students' Obligation to Act with Respect to the Duke Community Standard

The Duke Community Standard (DCS) stresses the commitment that students share with all members of the community to enhance the climate for honesty, fairness, respect, and accountability at Duke University. Students affirm their commitment to foster this climate by signing a pledge that includes taking constructive action if they witness or know about behavior they perceive to be inconsistent with the DCS, which may include violation of university policies. Although there are no disciplinary sanctions associated with the failure to act, students are nonetheless expected to take action—to do *something*—as a responsibility of membership in the Duke Community.

The university recognizes that it is not always easy to act in these situations, but several alternatives are available to suit a student's level of comfort and confidence. These alternatives are not mutually exclusive.

- Speaking directly with the individual exhibiting the behavior, both to gain clarity about the situation and to inform the individual about the concern.
- Publicly calling attention to the behavior as it is occurring.
- For incidents involving social behaviors, alerting residence hall, Student Affairs, or other university staff. The information provided will give staff an opportunity to address the matter informally or through appropriate formal channels.
- For cases involving academic integrity, alerting the instructor that cheating may be occurring in the course. This alert can be in any form, including anonymous notification, and the reporting student will not be identified. The information provided will allow the faculty member to consider corrective measures, in consultation with the Associate Dean for Judicial Affairs, and to address the topic with the class or suspected student(s).
- Directly alerting the Associate Dean for Judicial Affairs within the Dean of Students Office (684-6938, judicial@duke.edu), who will confer with the faculty member involved, if an academic issue, or with the reporting student(s), strategizing next steps. Maintaining the confidentiality of the source is possible, but may limit the extent of action that can be taken.

# The Context of the Duke Community Standard

The honor code at Duke is named the ***community*** standard because community is at the center of our conception of what it means to act honorably. Community entails a sense of connectedness to others and their welfare, feeling part of Duke University every day and being responsible for its continual improvement. Community refers as well to a

---

[*] *Corrected from the 2007-08 printed version, which read "I will conduct myself responsibly and honorably in all my endeavors..."*

---

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential
Case 1:08-cv-00502-WO-WWD Document 28 Filed 07/23/08 Page 9 of 53

EXHIBIT 7
Page 9 of 52

feeling of connection to the city in which we are located. It posits the counterbalancing of group benefit with individual needs and wants, and a Duke identity with the many personal identities based on demographics and interest. The kind of environment we strive to achieve is one in which civility (but not docility) reigns; an environment in which ideas are promulgated, and challenged, in a stimulating give and take; an environment in which learning (whether from peers, faculty, administrators, or others in the Duke and broader communities) is accomplished with openness, honesty, and respect.

The honor code at Duke is named the community **standard** because it expresses our institution's core values and a concomitant set of expectations for behavior. Because behavior is derivative of fundamental values, the standard applies off campus as well as on. The principles it articulates, while lofty in one sense, are firmly grounded in individual decisions made on the ground every day about every aspect of undergraduate life, in academic and co-curricular activities alike: in the classroom, residence halls, K-ville, off-campus apartment complexes, Myrtle Beach, Paris, and wherever else students may go. In addition, the standard asks that students not only reflect on their own behavior, as important as that is, but that they also act to encourage the integrity of their peers. By inspiring and supporting each other, students can shape their environment so that it reflects the ideals expressed in the Duke Community Standard.

The Standard, therefore, expresses our goals for undergraduate education in the broadest sense and is foundational to undergraduate life at Duke. It is followed by an equally important pledge that students sign as members of the community.

Duke University seeks to engage all students in its tradition of honor, a tradition that defines the institution and helps to guide students during their college careers and beyond. The students here today, who are the beneficiaries of the efforts of those who preceded them, have an extraordinarily important role to play in perpetuating and strengthening this tradition. We welcome, and count on, your involvement.

## The History of the Duke Community Standard

In 1999-2000, Duke participated in a national survey through the Center for Academic Integrity. Through responses from undergraduate students, as well as from faculty and staff, the survey assessed the climate of academic integrity at Duke in comparative context with other institutions. As a result of the findings, the provost formed the Academic Integrity Council (AIC) in 2001 by appointing representatives from across the community whose charge was and remains to review academic integrity policies and practices and make recommendations to improve the climate of integrity on campus.

An early goal of the AIC was to review the existing Honor Code, which had been in effect for the undergraduate community since 1993. The AIC determined that the Honor Code needed revision to make it shorter while embracing all aspects of a student's life at Duke. A major element of the revision was the inclusion of the fundamental values that must inform the definition of a community of honor.

This Duke Community Standard was proposed to the faculty councils of Trinity College of Arts and Sciences and the Pratt School of Engineering, as well as to the Duke Student Government. It was approved for the undergraduate community and implemented in the fall of 2003. The Standard was also incorporated into the code of each graduate and professional school of the university and, thus, represents the values we uphold as an institution.

Duke University is committed to ongoing evaluation of principles, policies, and practices, and to lively conversation about issues of integrity. Thus, Duke participated again in a national survey on academic integrity in the fall of 2005 and in intensive discussions of academic and social integrity from summer 2006 through spring 2007. The result of these continuing and broadened discussions was a revised Community Standard, put before the undergraduate student body in a student government referendum of April 2007 and overwhelmingly approved. Implemented in summer 2007, the new Duke

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 10 of 52

Community Standard differs from its predecessor chiefly in its level of commitment to taking action (see "Obligation to Act," above).

# A Statement of Principles

The Duke Community Standard expresses a standard for behavior—a set of expectations of students who claim membership in Duke's learning community. All incoming undergraduates, upon admittance to Duke, are required to sign a pledge to adhere to these values and to conduct themselves in accordance with these values throughout their undergraduate careers. Likewise, upon completion of each academic assignment, students may be asked to reaffirm their commitment to the Duke Community Standard by signing a statement indicating that they have adhered to the Duke Community Standard in completing the assignment.

The Duke Community Standard, thus, is a statement of principles. The specific policies, or rules and regulations of the university, define the conduct for which students can be held accountable.

_____
Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 11 of 52

# *Undergraduate Policies*



*14 Undergraduate Policies*

EXHIBIT 7
Page 12 of 52

# *Undergraduate Policies*



*14 Undergraduate Policies*

EXHIBIT 7
Page 13 of 52

# Policies

Duke University has high expectations for students' scholarship and conduct. In accepting admission, students indicate their willingness to subscribe to and be governed by the rules and regulations of the university, which flow from the Duke Community Standard. These policies reflect the Duke Community Standard's fundamental values—honesty, fairness, respect, and accountability.

Undergraduates acknowledge the right of the university to take disciplinary action, including suspension or expulsion, for failure to abide by the regulations or for other conduct adjudged unsatisfactory or detrimental to the university community.

Students may be held accountable for any violation of university policy that may or may not be included in this guide, whether on or off campus. In addition to local ordinances and state and federal laws, the following policies govern the undergraduate community.

## Academic Dishonesty

### Lying

Lying is communicating untruths or misrepresentations in order to gain an unfair academic or employment advantage. [*Wording adopted from the Duke Fuqua School of Business code.*]

It includes, but is not limited to:

- falsifying information on a résumé;
- misrepresenting one's own research;
- providing false or misleading information in order to be excused from classes or assignments; or
- intentionally underperforming on a placement exam.

### Cheating

Cheating is the act of wrongfully using or attempting to use unauthorized materials, information, study aids, or the ideas or work of another in order to gain an unfair advantage. It includes, but is not limited to:

- plagiarism;
- giving unauthorized aid to another student or receiving unauthorized aid from another person on tests, quizzes, assignments or examinations;
- using or consulting unauthorized materials or using unauthorized equipment or devices on tests, quizzes, assignments or examinations;
- altering or falsifying any information on tests, quizzes, assignments or examinations;
- using any material portion of a paper or project to fulfill the requirements of more than one course unless the student has received prior faculty permission to do so;
- working on any examination, test, quiz or assignment outside of the time constraints imposed;
- submitting an altered examination or assignment to an instructor for re-grading; or
- failing to adhere to an instructor's specific directions with respect to the terms of academic integrity or academic honesty.

"**Plagiarism**" occurs when a student, with intent to deceive or with reckless disregard for proper scholarly procedures, presents any information, ideas or phrasing of another as if they were his/her own and/or does not give appropriate credit to the original source. Proper scholarly procedures require that all quoted material be identified by quotation

_____
Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential
Case 1:08-cv-00502-WO-WWD  Document 1-8  Filed 07/28/08  Page 14 of 53

EXHIBIT 7
Page 14 of 52

marks or indentation on the page, and the source of information and ideas, if from another, must be identified and be attributed to that source. Students are responsible for learning proper scholarly procedures.

The term "**assignment**" includes any work, required or volunteered, submitted for review and/or academic credit.

All academic work undertaken by a student must be completed independently unless the faculty member or other responsible authority expressly authorizes collaboration with another.

## Stealing

Stealing is the act of intentionally taking or appropriating the property of another, including academic work, without consent or permission and with the intent to keep or use the property without the permission of the owner or the rightful possessor.

## Additional Information about Plagiarism at Duke

The following information has been modified from the Duke Library Web site at http://library.duke.edu/research/citing/plagiarism.html.

### Introduction: Our Ideas Emerge Against the Backdrop of Previous Formulations

Rarely, if ever, do we develop ideas in our individual minds, free of the effects and influences of others' previous findings, claims, and analyses. This is not to suggest that writers never forge new ideas; rather, the majority of one's thoughts—and certainly the intellectual thinking that we do in university settings—is prompted, shaped, and changed in response to and in light of what has already been stated by others. Our ideas emerge in response to reading others' texts, in sites of conversation and verbal exchange, with and against the grain of the words and formulations of others.

It is appropriate to think of the university as a vast society of influences, composed of various formal sites of critical discussion, reporting, and debate, both verbal and written. University persons—both scholars and students—gain status and authority by dint of their intellectual involvement in written and verbal exchange (detailing their findings, casting written arguments, offering careful analyses of their objects of study). Since the university values the public thinking of its faculty and students, it requires that its members formally recognize who has made which sorts of statements in what settings. Scrupulously citing the origin of quotations, summaries, and other borrowed material included in your paper enables the social value of respect to exist within intellectual circles of research and scholarship around the globe. Not to formally recognize the work and influences of others in your writing is to plagiarize, violating an ethic of mutual regard.

### The Academic Community's Guidelines: The Practice of Documentation

It has become commonplace to envision the verbal and written exchanges between speakers and listeners, readers and writers, researchers and their sources, as interactions constituting communities of discourse. Discourse communities share interpretive, analytic, and argumentative conventions. Academic discourse communities (often shaped as "disciplines" or "fields of inquiry") agree to refer scrupulously to one another's writings and research findings by explicitly linking quoted materials to the name of the person or persons who uttered or wrote them, and by carefully describing the influence others have had upon them.

In fact, a mark of strong academic writing is the practice of situating one's claims and findings within a tradition of inquiry into the subject, detailing the

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential
Case 1:08-cv-00502-WO-WWD in the Document 1 Filed 07/28/08. Page 15 of 53

EXHIBIT 7
Page 15 of 52

nature of the exchanges that have preceded the present foray into the ongoing conversation, at times indicating one's affinities or disagreement with one or another avenue of thought. Ethos and authority are enhanced when writers demonstrate their uses of others' statements, texts, and representations, and when they appropriately identify these sources in their arguments and analyses. This practice is called documentation. Guidelines for how to correctly cite materials used within your writing and rules for assembling the list of works that you cite in your paper are compiled by academic organizations which produce style manuals. Information from these style manuals can be accessed in the Citing Sources section of the Library Web page.

## Plagiarism Defined

Academic communities, then, demand that writers credit others for their work, and that the source of their material clearly be acknowledged. Not to do so is to plagiarize, to intentionally or unintentionally appropriate the ideas, language, key terms, or findings of another without sufficient acknowledgment that such material is not one's own. As the Modern Language Association defines this transgression:

> Scholarly authors generously acknowledge their debts to predecessors by carefully giving credit to each source. Whenever you draw on another's work, you must specify what you borrowed whether facts, opinions, or quotations and where you borrowed it from. Using another person's ideas or expressions in your writing without acknowledging the source constitutes plagiarism. Derived from the Latin *plagiarius* ("kidnapper"), plagiarism refers to a form of intellectual theft. . . . In short, to plagiarize is to give the impression that you wrote or thought something that you in fact borrowed from someone, and to do so is a violation of professional ethics. (Joseph Gibaldi, *MLA Style Manual and Guide to Scholarly Publishing.* 2nd. ed., New York: MLA, 1998: 151).

Plagiarism encompasses a range of errors and violations. Though the charge of plagiarism can be leveled against writers who incorrectly or neglect to cite borrowed materials, it most often tempts students who find themselves in the dire straits of having to complete a written assignment without previously having undertaken the laborious and time-consuming process of research, reading, note-taking, interpretation, and analysis. Wholesale copying from sources is an easy way to fill up the page and to turn something—anything—in on time. In all cases, it is far better to contact one's instructor and honestly to discuss with him or her a strategy for completing an assignment rather than to risk humiliation and judicial redress. Instructors will, within reason and to the best of their abilities, help you to get your papers started and help you to make progress with your work. You will do yourself and your instructors justice if you openly and squarely discuss the circumstances of your progress or lack thereof.

On occasion, students accused of plagiarism have claimed that their plagiarism has occurred without their knowledge or intent. Since ignorance of convention is not a reasonable defense, it is best to become thoroughly acquainted both with the various ways in which plagiarism is construed, and with the conventions of source attribution and proper documentation. Some students seem to believe that there are different degrees of plagiarism, some not as a bad as others. No distinctions are made between any of the following acts. All constitute instances of plagiarism as outlined in *The Duke Community Standard in Practice: A Guide for Undergraduates*, and all constitute transgression of the university's Community Standard. You will be charged with plagiarism if you:

- Copy from published sources without adequate documentation.
- Purchase a pre-written paper (either by mail or electronically).

*Academic Dishonesty 17*

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 16 of 52

- Let someone else write a paper for you.
- Pay someone else to write a paper for you.
- Submit as your own someone else's unpublished work, either with or without permission.

If the final work you submit is not yours, it does not matter how you came by it. If you use another person's work to further your own understanding of a subject, you must credit the source. (Hillard, V. Plagiarism: Its Nature and Consequences. *Duke Libraries: Citing Sources*. Retrieved June 11, 2007, from http://library.duke.edu/research/citing/plagiarism.html)

# Advertisements

## Banners

Banners on the exterior or interior of the West Union Building, East Union Building, Bryan Student Center, and West Campus Plaza are approved and installed by the Office of Student Activities and Facilities. Residence Life and Housing Services approves banners on the exterior/interior of residence halls (contact the appropriate residence coordinator). Requests for hanging banners on all other university buildings and light poles must be approved by the Facilities Management Department located at 114 South Buchanan Boulevard (684-2122). Contact the Facilities Management Department, the Office of Student Activities and Facilities, or Residence Life and Housing Services for specific guidelines.

## Posters, Announcements, and Bulletin Boards

The following is a checklist of procedures with reference to the posting of notices on university bulletin boards, building doors, containers, light posts, trees, and sidewalks.

- Posters/flyers must provide information regarding student activities, give information of an academic nature, make announcements pertinent to the business of the university, or supply information to members of the Duke community regarding available campus services or products.
- Posters/flyers must state the name of the sponsoring organization, business, department or person responsible.
- Staples, thumbtacks, masking tape or transparent tape may be used to attach posters/flyers to approved bulletin boards or posting areas. The use of glue, nails, and duct tape or any other heavy-duty tape is prohibited.
- Posters/flyers must never be attached to doors, windows, trashcans, entryways, exteriors of buildings, interior walls, stairway railings, floors, benches or ceilings, nor may they be placed on the windshields of parked automobiles or on sidewalks.
- Posters/flyers may NOT be attached or affixed to any tree or utility pole.
- Posters/flyers (and the fasteners used to attach them) must be removed within three days after the advertised event.
- Immediately following the first day of fall and spring breaks and at the conclusion of the fall and spring semesters, all posters/flyers will be removed.

# Alcohol

## University-Wide Policy

As a community of scholars and learners, Duke University expects those within its community to be responsible with the use of alcohol. This policy shall guide the role of alcohol everywhere on the Duke campus and at all events sponsored by Duke organizations, schools, or administrative units. Students, staff, and faculty members are encouraged to learn about the social, physiological, and psychological consequences of

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 17 of 52

drinking and alcohol abuse. Excessive and high-risk drinking can lead to negative consequences for the Duke community, including assault, illness, injury, litter, noise, property damage, and driving under the influence. All members of the Duke community share responsibility for creating an environment that limits dangerous drinking behaviors and, therefore, reduces the likelihood of these negative outcomes.

The following shall guide the role of alcohol in the Duke community:

- All possession, consumption, and distribution of alcohol at Duke University shall be in accordance with applicable North Carolina state laws.
- Members of the Duke community are responsible for behaving in a manner that is not disruptive or endangering to themselves or others. Being under the influence of alcohol shall not be a mitigating factor for an individual's behavior.
- When persons under 21 years of age can reasonably be expected to be present at an event, proper precautions must be taken to restrict distribution and consumption of alcohol to persons of legal drinking age. Student organizations shall also adhere to the specific guidelines for events outlined in the *Duke Community Standard in Practice: A Guide for Undergraduates* or the Graduate and Professional Student Alcohol Policy.
- Advertising or other communication that references the availability of alcohol at a function may neither promote alcohol as the focus of the event nor promote excessive drinking.
- Each community (e.g., Undergraduate, Fuqua, Law, etc.) may establish additional guidelines and policies governing the possession, consumption, and distribution of alcohol that reach beyond these minimal expectations. Violations of policies shall be adjudicated using existing procedures within each segment of the university.

## Undergraduate Policy

The remainder of this policy, specifically for undergraduates, augments Duke's university-wide alcohol policy. For individuals as well as groups, whether on campus or off, prohibited behavior includes:

- underage possession/consumption;
- unsafe/irresponsible behavior;
- violation of community expectations; and
- general provisions violation.

Sanctions for violations of any of these prohibited behaviors are outlined in this Guide (see "Resolution of Student Conflict and Alleged Violations of University Policy.") Parents of students under the age of 21 may be notified of alcohol-related disciplinary violations when a student's health or safety has been/is at risk.

See "Appendix E, Information and Resources Concerning Substance Use," for health effects associated with alcohol and other drug use, helpful resources for assistance, and legal ramifications of illicit possession, use, or distribution.

## Underage Possession/Consumption

Students under 21 years of age are not permitted to purchase, possess, or consume alcoholic beverages. Being under the influence of any amount of alcohol while underage is considered a violation of this provision.

## Unsafe/Irresponsible Behavior

Unsafe or irresponsible behavior is defined as actions that are harmful or potentially harmful to one's self or others involving the use of alcohol. Such behavior includes, but is not limited to:

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 18 of 52

- consuming an excessive quantity in a short amount of time;
- participating in or facilitating drinking games or progressive parties;
- consuming through beer bongs;
- use or attempted use of fraudulent identification or another's identification to obtain alcohol; and
- making alcohol available to underage drinkers.

## Community Expectations Violation

It shall be a violation of the alcohol policy to engage in an action while under the influence of alcohol that is disruptive to the community. Such behavior includes, but is not limited to:

- driving;
- exhibiting disorderly conduct, damaging property, and/or fighting;
- vomiting and/or urinating in public; and
- cursing and/or shouting at others.

## General Provisions Violation

Additionally, Duke University has established the following general provisions regarding alcohol:

- No kegs are permitted on campus in private rooms, student apartments, commons rooms, or other public space. (University-approved bartenders, who will be responsible for carding, may distribute alcohol from kegs in public space at officially approved and registered events.)
- Only university-approved bartenders are permitted to distribute alcohol on campus, including alcohol from common-source containers.
- Except at events in a licensed facility providing a cash bar, no spirituous liquor or fortified wines may be served to undergraduates.
- All students on university property consuming or possessing alcohol must carry a valid driver's license, state identification card, military identification card, or passport.
- Alcohol may not be brought in glass containers to on-campus BYOB events.
- No alcoholic beverages are permitted in first-year houses (or the surrounding grounds) on East Campus.
- No alcoholic beverages are permitted within the confines of campus athletic facilities during sporting events.
- The use of alcoholic beverages as a prize is prohibited.

## Group-Sponsored Social Functions

Recognized groups may be held accountable for violations of the alcohol policy that occur during a group-sponsored event on campus. To ensure that such violations do not occur, a group will be held accountable if the group failed to take appropriate precautions. Appropriate precautions must include:

- a party monitor for every 25 persons expected to attend the event;
- adequate and accessible non-alcoholic beverages and food;
- compliance with all fire safety regulations;
- adequate control of access to event;
- enforcing occupancy limits for the venue, including commons rooms, hallways, and stairwells;
- calling for medical/police assistance as needed; and

*20 Undergraduate Policies*

EXHIBIT 7
Page 19 of 52

- serving of alcohol by licensed bartenders only.

Student party monitors must have attended a party management seminar presented by the Office of Student Activities and Facilities. Their duties shall include, but are not limited to, prevention of alcohol policy violations, intervention and care of inebriated, at-risk individuals, elimination of safety hazards, and attention to group precautions. Checking identification will be the responsibility of licensed bartenders.

Social events that fail to meet any of these expectations must be shut down immediately.

## Health and Safety Intervention

Because health and safety of students are of primary importance, students are encouraged not only to look out for their own health and safety but also for that of their peers. When a person's health and/or safety is/are threatened or appear(s) to be in jeopardy, immediate action should be taken to prevent injury/illness/danger. The action may be a call to Duke Police (911; 684-2444 from non-campus phones) or Student Health (681-WELL (9355)) for assistance and guidance. Whatever the particular need/problem, it is important to respond in a responsible and timely manner.

Formal disciplinary action for a violation of the alcohol policy will not be taken against students for whom medical assistance is sought, or against those who seek medical assistance for themselves or for others, provided that the student/group has not violated other university policies that warrant formal disciplinary action.

A student who receives medical assistance shall be required to meet with a substance abuse specialist in Counseling & Psychological Services (CAPS) for education, assessment, and possible referral for treatment. The student will also be required to complete an educational assignment. Parents of such students under the legal drinking age will also be notified.

In the event that a student fails to meet with the specialist, chooses not to participate in the treatment program outlined, or exhibits a pattern of abusive behavior with alcohol, the student may be subject to formal disciplinary action and/or placed on a Medical Leave of Absence or Involuntary Administrative Withdrawal until he/she produces documentation that appropriate treatment has been successfully sought.

## Resources

The following resources are available to members of the Duke community:

- Duke Police and Emergency Medical Service: 911 or (919) 684-2444. Professionals will respond to assess the medical needs of an individual who is incapacitated or at-risk.
- Counseling and Psychological Services: (919) 660-1000. CAPS offers evaluation, consultation, counseling, and referrals for students concerned about alcohol use.
- Personal Assistance Service: (919) 416-1727. PAS offer assessment, short-term counseling, and referrals for employees and faculty members concerned about alcohol use.
- Duke Addictions Program: (919) 684-3850. DAP offers evaluation, consultation, and treatment for individuals with alcohol and other substance abuse issues, as well as support services for family members.
- Holly Hill Hospital: (800) 447-1800. 24-hour confidential advice on alcohol abuse.
- Academic courses related to alcohol use, treatment, and research. See course listings through the Office of University Registrar (http://registrar.duke.edu) or the *Bulletin* of each school.
- A more extensive listing of counseling services, educational programs, and other resources can be found in "Appendix E, Information and Resources Concerning Substance Use."

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential
Case 1:08-cv-00502-WO-WWD Document 1-8 Filed 07/28/08 Page 20 of 53

EXHIBIT 7
Page 20 of 52

## Animals on Campus

Any animal brought on campus by students or guests may not be unrestrained. With the exception of medically required dogs, animals are prohibited inside university facilities. Any type of animal abuse is prohibited, including but not limited to abandonment of or failure to properly care for an animal. Animals, live or dead, may not be used in pranks or otherwise for amusement or ceremony in connection with any institutional or student group function or activity. For purposes of this policy, the term "animal" includes any wild or domesticated, warm-blooded or cold-blooded animal.

## Bridge Painting

The bridge on Campus Drive is a place where groups and individuals from Duke can express opinions that are not restricted by content, except by legal standards. The bridge will not be censored for content by the university. As part of a campus maintenance program, the entire bridge may be painted during the summer and semester break. Students are reminded that painting other university property without permission is prohibited. Any group or individual identified as being responsible for painting anything other than the bridge will be charged for clean up and may also be subject to disciplinary action.

## Classroom Disruption

Students who behave in the classroom in such a way that the educational experiences of other students and/or the instructor's course objectives are disrupted are subject to disciplinary action, including possible exclusion from a course. Such behavior impedes students' ability to learn or an instructor's ability to teach. Disruptive behavior may include, but is not limited to: non-approved use of electronic devices (including cellular telephones); cursing or shouting at others in such a way as to be disruptive; or, other violations of an instructor's expectations for classroom conduct.

## Computing and Electronic Communications

### Security and Privacy

The purpose of this policy is to establish and promote the ethical, legal, and secure use of computing and electronic communications for all members of the university community.

The university cherishes freedom of expression, the diversity of values and perspectives inherent in an academic institution, the right to acknowledgment, and the value of privacy for all members of the Duke community. At the same time, the university may find it necessary to access and disclose information from computer and network users' accounts to the extent required by law, to uphold contractual obligations or other applicable university policies, or to diagnose and correct technical problems. For this reason, the ultimate privacy of messages and files cannot be ensured. In addition, system failures may lead to loss of data, so users should not assume that their messages and files are secure.

Neither the university nor its agents restrict the content of material transported across its networks. While the university does not position itself as a censor, it reserves the right to limit access to its networks or to remove material stored or posted on university computers when applicable university policies, contractual obligations, or state or federal laws are violated. Alleged violations will receive the same academic due process as any other alleged violation of university policy, contractual obligations, or state or federal laws.

### Acceptable Use

**In making acceptable use of resources you must:**

- Use resources only for authorized purposes.

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 21 of 52

- Protect your userid and system from unauthorized use. You are responsible for all activities on your userid or that originate from your system. Your userid and password act together as your electronic signature.
- Access only information that is your own, that is publicly available, or to which you have been given authorized access.
- Use only legal versions of copyrighted software in compliance with vendor license requirements.
- Be considerate in your use of shared resources. Refrain from monopolizing systems, overloading networks with excessive data, degrading services, or wasting computer time, connection time, disk space, printer paper, manuals, or other resources.

**In making acceptable use of resources you must not:**

- Use another person's system, files, or data without permission (note that permission from an individual user may not be sufficient—some systems may require additional authority).
- Give your password to another person. Contact the OIT Help Desk if you need assistance with giving other people authority to access your files or e-mail.
- Use computer programs to decode passwords or access-control information.
- Attempt to circumvent or subvert system or network security measures.
- Engage in any activity that might be purposefully harmful to systems or to any information stored thereon, such as creating or propagating viruses, worms, or "Trojan horse" programs; disrupting services; damaging files; or making unauthorized modifications to university data.
- Make or use illegal copies of copyrighted software or other copyrighted works, store such copies on university systems, or transmit them over university networks.
- Use mail or messaging services to harass or intimidate another person, for example, by broadcasting unsolicited messages, by repeatedly sending unwanted mail, or by using someone else's name or userid.
- Waste shared computing or network resources, for example, by intentionally placing a program in an endless loop, printing excessive amounts of paper, or by sending chain letters or unsolicited mass mailings.
- Use the university's systems or networks for commercial purposes; for example, by selling access to your userid or by performing work for profit with university resources in a manner not authorized by the university.
- The above list only addresses some of the most common issues that arise with regard to computing. All prohibitions found in applicable law and other university policies also apply to the computer systems.

### Group E-mail

Large-scale e-mail communications within groups or units, including surveys, announcements, etc., require the implicit or explicit prior approval of that group or unit. In the case of such communications from outside the unit, the approval must always be explicit. See the OIT Web site for full information (http://www.oit.duke.edu/group-email/).

Note that the above computing policies are subject to change. See http://www.oit.duke.edu/oit/policy for current policies.

# Disorderly Conduct

Disorderly conduct is contrary to the mission of the university and will be addressed through the disciplinary process. Disorderly conduct is defined as:

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 22 of 52

- any unreasonable or reckless conduct that is inherently or potentially unsafe to other persons or their real or personal property; and/or
- any behavior that disrupts the peace or interferes with the normal operation of the university or university-sponsored activities.

# Drugs and Drug Paraphernalia

Duke University prohibits members of its community to manufacture, sell, deliver, possess, use, or be under the influence of a controlled substance without legal authorization. A controlled substance includes any drug, substance or immediate precursor covered under the North Carolina Controlled Substances Act, including but not limited to opiates, barbiturates, amphetamines, marijuana, and hallucinogens.

The possession of drug paraphernalia is also prohibited under North Carolina state law and university policy. Drug paraphernalia includes all equipment, products and material of any kind that are used to facilitate, or intended or designed to facilitate, violations of the North Carolina Controlled Substances Act.

In addition to disciplinary action, the judicial officer, or designee, may require a student to take a leave of absence, and return to campus may be conditional upon proof of completion of a substance abuse treatment program.

(See "Appendix E, Information and Resources Concerning Substance Use.")

# DukeCard

As stated on the back of the DukeCard, the card "should be carried at all times and presented upon request to any university official. [It] is not transferable. The transfer of an ID card to another person, or the possession of another person's ID card, may result in confiscation of the card and judicial action."

# Failure to Comply

A student may be held accountable for failure to comply with:

- directions, requests, or orders of any university representative or body acting in an official capacity, or impeding with the carrying out of such directives; and/or
- sanctions rendered during the disciplinary process (including sanctions issued by a residential staff member).

# Falsification/Fraud

Honesty and integrity are critical components of the Duke Community Standard. A student may be subject to disciplinary action for any of the following actions:

- Any intentional misrepresentation of fact (by action or concealment), including furnishing false information, to any university official;
- Any intentional misrepresentation of fact (by action or concealment) to obtain or attempt to induce another to surrender a right, benefit or property; and/or
- Forgery, alteration, or misuse of any official document, record, key, access code or instrument of identification, or possession of such forgery.

# Fire Safety

It is a violation of university policy to light any material on fire on campus. Candles, other open flame devices, and incense are strictly forbidden for use inside university facilities except during official religious ceremonies such as the observance of Chanukah. Those individuals wishing to utilize candles in observance of a religious holiday or any other event shall contact OESO-Fire Safety Division to obtain permission and information concerning fire prevention. Students will be held financially accountable for any damage they cause as a result of violating this policy and will be referred to the disciplinary process.

EXHIBIT 7
Page 23 of 52

**Electrical Wiring/Appliances.** Tampering with electrical wiring, including, but not limited to, the installation of direct-wired ceiling fans and dimmer switches, is prohibited. Damage caused by electrical appliances that are not owned by Duke University is the responsibility of the resident(s). Irons, hair dryers, heaters, coffee pots, hot plates, and other heat-producing appliances shall never be left unattended. All electrical appliances shall be UL approved and maintained in good condition. Numerous electrical devices plugged into one outlet or extension cord may cause a circuit overload or may cause overheating of the electrical appliances. Use an electrical outlet strip with a built-in surge protector or circuit breaker whenever more than one appliance is powered by that cord.

**Fire Alarms/Drills.** Never assume that a fire alarm is a drill or false alarm. Remain calm and evacuate the facility. Evacuation is mandatory for all individuals when the fire alarm is sounding. Anyone who fails to evacuate may face disciplinary action. Remember to follow the instructions of the emergency responders. Do not re-enter the facility until authorized. If you have any information regarding the alarm, present that information immediately to the responding emergency personnel.

**Fire Extinguishers, Sprinklers, and Other Fire-Fighting / Detecting Equipment.** Relocating, removing, tampering with, or destroying smoke detectors or fire-fighting equipment is strictly prohibited. Damage and/or theft of fire equipment also is punishable under North Carolina state law.

**Fireworks.** Students may not possess/use fireworks of any kind on campus. Anyone who sees a person with these materials should immediately report it to Duke Police.

**Flammable/Combustible Materials in the Residential Areas.** Flammable/combustible materials, including but not limited to gas, lighter fluid, and propane lanterns, are not permitted in residential areas.

**Grills.** North Carolina state law prohibits the use of portable charcoal, gas, or electric grills within 10 feet of all residence halls/apartments. Storage of grills not in use, which are cool, is permitted on the exterior of the structure or in approved locations. Failure to abide by this ordinance may result in a fine as determined by the Durham Fire Marshal in addition to disciplinary action.

**Halogen Lamps.** Fire Safety and Residence Life and Housing Services (RLHS) strongly recommend NOT using halogen lamps. The very high temperatures reached by their bulbs constitute a fire hazard and a potential source of burns. In addition, the geometry of the floor model lamp tends to make them very unstable and easily tipped over. If you use a halogen lamp, make sure it has a guard over the bulb and that the guard is secured to the lamp.

**Obstruction of Hallways, Stairwells, Sidewalks, and Lawns.** North Carolina fire safety codes prohibit the obstruction of hallways and stairwells. The Durham Fire Marshal mandates the immediate removal of all items obstructing hallways and stairwells. RLHS, Facilities Management Department, Fire Safety or Duke Police will remove without warning or reimbursement furniture, bicycles, lumber, and all other items found obstructing hallways or stairwells. University furniture will be removed from hallways and stairwells and residents may be charged for missing furniture. Sidewalks, stairways, and entryways must not be used for purposes other than ingress or egress. Bicycles may not be left in these areas or other locations where they may cause harm to persons or grounds-keeping equipment. Motorcycles must be parked in parking lots. Delivery trucks, automobiles, motorcycles, scooters, and mini-bikes are not permitted on lawns and walkways, patios, or stairwells. These vehicles must be parked in legal parking spaces.

**Open Fires On Campus.** Open fires, including bonfires, are not permitted on Duke University property except as approved by the OESO-Fire Safety Division and the Durham Fire Marshal. Students who either provide or contribute materials to burn or who ignite or attempt to ignite flammable materials will be considered in violation of this policy. Students also should realize that such actions violate state law and may result in a citation for unlawful burning.

_____
Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 24 of 52

**Open Flames**. Candles, incense, burning charcoal, or any other flame/heat producing items are strictly prohibited inside any university facility without the written permission of the Fire Safety Division.

# Gambling

It is against North Carolina state law and Duke University policy to gamble, with the exception of the state lottery. A person/organization is gambling if he/she/it operates, plays, or bets at any game of chance at which any money, property, or other thing of value is bet. Raffles of any kind, including those sponsored by student groups, are also prohibited. A "raffle" is defined as "a game in which the prize is won by random drawing of the name or number of one or more persons purchasing chances" (N.C.G.S.§ 14-309.15).

# Guests

Students are responsible for notifying their guests of university rules and regulations and may be held accountable for the conduct of their guests. Guests who do not abide by university policies are subject to being trespassed.

# Harassment

Administrative responsibility for implementing the harassment policy rests with the Office for Institutional Equity (OIE). Individuals who wish to file a complaint of harassment or have questions about the harassment policy should contact the Office for Institutional Equity at 684-8222 or visit the OIE Web site at http://www.duke.edu/web/equity/.

## Introduction

Harassment of any individual for any reason is not acceptable at Duke University. Harassment may arise in situations unique to a given interpersonal relationship or in actions rooted in an attitude toward a group. Sexual harassment is perhaps the most commonly understood form of harassment, but it is important to note that harassment on any demographic basis—including age, color, disability, ethnic or national origin, gender, race, religion, class, institutional status, or sexual orientation or gender identity—also occurs and is expressly forbidden. Abuse of the relationship between teacher and student, or provider and patient, is of particular concern because of the educational and health care missions of Duke University. In all cases, harassment undermines the university's commitments to excellence and to respect for the dignity and worth of all individuals.

This policy against harassment is consistent with the university's valuation of academic freedom. Duke University is committed to the free and vigorous discussion of ideas and issues, which the university believes will be protected by this policy. This harassment policy shall be applied in a manner that protects the academic freedom of all parties to a complaint. Academic freedom and the related freedom of expression include, but are not limited to, the civil expressions of ideas, however controversial, in the classroom, residence halls, and other teaching and student living environments.

In addition to this harassment policy and procedures, Duke University and Duke University Health System also provide educational programs to raise the level of understanding about the nature of harassment and ways to prevent its occurrence. The full text of the harassment policy and information about these programs may be found on the Web site of the Office for Institutional Equity: http://www.duke.edu/web/equity/.

## Scope

**Duke Staff, Faculty, Students.** This harassment policy applies to all persons who are enrolled at or employed by Duke University and Duke University Health System, including their entities and subsidiary organizations, while they are on university property or are participating in a university-related activity off campus. All aspects of the harassment procedures described below apply to situations in which both complainant and respondent are enrolled or employed at Duke University or its subsidiaries, except in those

_____
Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 25 of 52

cases in which the respondent is a Duke undergraduate. Claims of harassment against Duke undergraduate students are handled by the Office of Judicial Affairs in the Dean of Students Office. That office can be reached by telephone at 684-6938 and its Web site address is http://judicial.studentaffairs.duke.edu. Claims by or against a member of the Office for Institutional Equity will be handled by the Office of the President or his or her designate.

**All Others.** Situations that involve other individuals (e.g., visitors, patients, graduates of Duke University, applicants for admission or employment, or former employees) who believe they have been harassed by someone either employed by or enrolled at Duke University or Duke University Health System, either on campus or in a university-related activity, may be addressed only through the informal process for handling an allegation. Situations in which Duke University or Duke University Health System employees or students believe they have been harassed by visitors to the university or contractors or vendors serving the university will be resolved through the informal process for handling an allegation.

Individuals who have questions about the harassment policy or who wish to file a complaint of harassment should contact the Office for Institutional Equity at 684-8222 or visit the OIE Web site: http://www.duke.edu/web/equity/.

## Definitions

Harassment may take two forms:

The first form of harassment is verbal or physical conduct—which may or may not be sexual in nature—that, because of its severity and/or persistence, interferes significantly with an individual's work or education, or adversely affects an individual's living conditions.

The second form of harassment occurs if a person uses a position of authority to engage in unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature when:

- submission to such conduct is explicitly or implicitly made a term or condition of an individual's employment or education; or
- submission to or rejection of such conduct is used as a basis for decisions affecting an individual's education or employment.

The conduct alleged to constitute harassment under this policy shall be evaluated from the perspective of a reasonable person similarly situated to the complainant and in consideration of the context of the behavior.

Harassment must be distinguished from behavior that, even though unpleasant or disconcerting, is appropriate to the carrying out of certain instructional, advisory, or supervisory responsibilities.

*Complainant* refers to the person making an allegation or complaint of harassment.

*Respondent* refers to the person against whom the allegation or complaint of harassment is made.

An *allegation* is a statement by a complainant that he or she believes an act of harassment has occurred. An allegation is handled through the informal resolution process.

A *complaint* is a formal notification, either orally or in writing, of the belief that harassment has occurred. A complaint is handled through either the informal or formal process for resolving claims of harassment.

## Retaliation

**Against the Complainant.** It is a violation of Duke's harassment policy to retaliate against a complainant for making a claim of harassment. If warranted, the appropriate senior administrator may monitor performance review, promotion, reappointment, grading, or other evaluation—or, to the extent possible, may reassign the supervisory relationship—to ensure that retaliation does not occur.

*Harassment 27*

EXHIBIT 7
Page 26 of 52

**Against the Respondent.** A claim of harassment is not proof of prohibited conduct. A claim shall not be taken into account during performance review, promotion, reappointment, or other evaluation unless a final determination has been made that the university's harassment policy has been violated. If necessary and appropriate, such decisions shall be deferred until the claim is resolved.

**Against a Witness or Participant in the Investigation.** It is also a violation of the harassment policy to retaliate against individuals providing information related to a complaint.

**Claim of Retaliation.** A claim of retaliation by a complainant, respondent or witness may be pursued using the steps followed for an allegation or complaint of harassment.

### False or Malicious Complaints

Knowingly filing a false or malicious complaint of harassment or of retaliation is a violation of the harassment policy. Such conduct may be pursued using the steps followed for a complaint of harassment.

### Evaluation and Resolution of Claims of Harassment

Responsibility for implementing the Duke University and Duke University Health System policy and procedures regarding harassment rests with the Office for Institutional Equity (OIE). Procedures for addressing allegations and complaints of harassment may be viewed at the OIE Web site address: http://www.duke.edu/web/equity. You may also request a full-text copy of the harassment policy, which includes the procedures, by contacting OIE at 684-8222.

Other university and health system personnel are also available to provide consultation and assistance. For example, Staff and Labor Relations representatives within Human Resources are trained to assist either with the handling of allegations or the filing of complaints. Supervisors of employees, and senior academic administrators who work with faculty and students, can also provide guidance about responding to situations that may constitute harassment. **Harassment Prevention Advisors** trained by OIE are available to assist students with harassment concerns. The names of HP Advisors are available on the OIE Web site (http://www.duke.edu/web/equity).

Some forms of harassment may violate federal and state laws, and a complainant or respondent may choose to invoke external processes to resolve his or her concerns instead of or in addition to pursuing the procedures set forth herein. Any internal process proceeds without regard to an external process unless university counsel instructs otherwise.

**Procedures for Resolution of Claims of Harassment Between/Among Undergraduate Students.** The Office of Judicial Affairs in the Dean of Students Office has the authority to adjudicate, through the undergraduate judicial system, all claims of harassment where respondent/accused is a Trinity College or Pratt School of Engineering undergraduate student. For these cases, mediation may be attempted with agreement of the parties, but it is neither mandatory nor a right of the complainant or respondent. Students who have concerns about possible harassment may discuss the situation with a harassment prevention advisor, Duke Police, or the Dean of Students Office.

Students with such complaints, individuals charged with harassment, and individuals with knowledge of situations in which harassment may exist may seek assistance through a harassment prevention advisor or through the Office for Institutional Equity.

**Procedures for Resolution of Harassment Concerns Involving a Teaching Assistant, Graduate Student, Faculty Member or Nonfaculty Employee.** Harassment complaints that involve both undergraduate students and either graduate students, faculty members or employees are addressed, as necessary, through the intervention of OIE or the official responsible for the respondent's supervision. Such situations are of particular concern because the possible inherent power differential between the parties increases the potential for coerciveness.

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 27 of 52

# Hazing

Hazing is a serious infraction of university regulations. The potential for hazing typically arises as part of a student's introduction to or initiation in an organization (fraternity, sorority, athletic team, or other group) in which there is often a perceived or real power differential between members of the organization and those newly joining it.

Hazing is defined as any action taken or situation created, whether on or off university premises, that is harmful or potentially harmful to an individual's physical, emotional, or psychological well-being, regardless of an individual's willingness to participate or its bearing on his/her membership status. Such activities and situations include, but are not limited to:

## Level I Violations

- marching in line
- road trips
- wearing apparel which is conspicuous and not normally in good taste, and/or inappropriate for the time of year
- calisthenics
- line-ups
- pledge/signature books
- periods of silence
- standing for a length of time
- personal servitude
- activities that would not normally construe hazing but because of time, place, or manner make them inappropriate

## Level II Violations

- sleep deprivation or interruption of consecutive sleep hours
- expected or forced consumption of food, drink (including alcohol), or other substance
- acts of humiliation or degradation (including streaking or wearing degrading or humiliating apparel)
- restrictions on eating or bathing
- acts that disrupt academic instruction or learning of others
- interruption or interference of academic commitments

## Level III Violations

- branding
- paddling in any form
- compromising (sexual) situations

Both individuals and groups may be held accountable under this policy. The action of even one member of a group may result in both individual and group responsibility. The following questions can help individuals/groups assess the appropriateness of an activity:

- Does the activity promote and conform to the ideals, values, and mission of both the university and organization?
- Is it an activity that all members (current and initiates) engage in together?
- Would the group's advisor, the national headquarters of a fraternity/sorority, and/or other university officials approve of the activity?
- Will this activity increase new members' respect for the group and all members of the group?

*Hazing  29*

_____
Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7

Page 28 of 52

- Is the activity free of mental anguish or physical discomfort?
- Does the activity have inherent value in and of itself?

*[Adapted from the Fraternity Executive Association, the North American Interfraternity Conference, Inc., and Washington University.]*

Any individual or group found responsible for hazing will be subject to sanctions outlined in the disciplinary process, including, but not limited to: disciplinary probation, social suspension, suspension of charter, restrictions on member recruitment and/or group activity, removal of the individual from the group, loss of housing privileges, suspension, and/or expulsion. Sanctioning will increase with the level of violation and any previous hazing violations. (Levels of violation listed above are guidelines only and may change given particular circumstances of a violation.) Students should also be aware that hazing is a misdemeanor under North Carolina state law.

Acts or potential acts of hazing may be reported to the Office of Judicial Affairs (684-6938) or Duke Police (911, or 684-2444 from non-campus phones). In addition, concerns may be reported confidentially via voicemail to the university's Hazing Hotline at 684-5766.

# Noise

Students are expected to respect the rights of others **at all times**. During specified hours, higher noise levels will be tolerated but must remain at a level considerate of those students who wish to study or sleep:

### East, West Campuses:

Quiet hours are in effect at all times other than as noted below, when reasonable levels of noise will be permitted:

5:00 pm-7:00 pm Monday-Thursday
5:00 pm-2:00 am Friday
1:00 pm-2:00 am Saturday
1:00 pm-6:00 pm Sunday

### Central Campus:

Quiet hours are in effect 24-hours a day, 7-days a week.

### All Campuses:

From reading day(s) through the end of finals, quiet hours are in effect 24-hours a day.

Students who are disturbed by noise should attempt to resolve the situation by contacting the other party(ies) involved; or, if needed, seek the assistance of living group officers, resident assistants, community assistants, graduate residents, or residence coordinators. If necessary, persistent complaints may be registered by calling Duke Police at 684-2444. Students are responsible for the actions of their guests; cohesive units, as a whole, may be held responsible for violations of this policy by their individual members or their guests.

Initial complaints will be referred to appropriate residential staff. Depending on the nature and severity of the violation, as well as the existence of prior violations, the complaint may be forwarded to the Office of Judicial Affairs in the Dean of Students Office for disciplinary action.

# Physical Abuse, Fighting, and Endangerment

Any physical abuse, fighting, and/or endangerment to an individual or group is specifically prohibited. This behavior includes, but is not limited to:

- Physical violence (initiating or responding to) or attempted physical violence against another person or group. This includes fighting.
- Threat of physical violence against another person or group.

_____
Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 29 of 52

- Any action that endangers the health, safety or welfare of a person or group.
- Attempting to, or actually harming oneself.

[*Wording adopted from Eastern Michigan Student Conduct Code, http://www.dsa.emich.edu/sjs/violations.html.*]

## Pickets, Protests, and Demonstrations

**Statement of Policy.** Duke University respects the right of all members of the academic community to explore and to discuss questions which interest them, to express opinions publicly and privately, and to join together to demonstrate their concern by orderly means. It is the policy of the university to protect the right of voluntary assembly, to make its facilities available for peaceful assembly, to welcome guest speakers, to protect the exercise of these rights from disruption or interference.

The university also respects the right of each member of the academic community to be free from coercion and harassment. It recognizes that academic freedom is no less dependent on ordered liberty than any other freedom, and it understands that the harassment of others is especially reprehensible in a community of scholars. The substitution of noise for speech and force for reason is a rejection and not an application of academic freedom. A determination to discourage conduct which is disruptive and disorderly does not threaten academic freedom; it is rather, a necessary condition of its very existence. Therefore, Duke University will not allow disruptive or disorderly conduct on its premises to interrupt its proper operation. Persons engaging in disruptive action or disorderly conduct shall be subject to disciplinary action, including expulsion or separation, and also charges of violations of law.

Students planning a picket, protest, or demonstration should contact the Office of Student Activities and Facilities (684-4741) for guidance and further information.

**Rule.** Disruptive picketing, protesting, or demonstrating on Duke University property or at any place in use for an authorized university purpose is prohibited.

**Hearing and Appeal.** Cases arising out of violations of the Pickets and Protests Regulations will be heard by the University Judicial Board, in accordance with the procedures outlined herein. The University Judicial Board shall have jurisdiction over members of the student body, members of the faculty, and administrative personnel of the university not subject to the personnel policy handbook. Hearings will be conducted with regard for academic due process. The decision of the University Judicial Board shall be final if the accused is exonerated or if there is no appeal. In other cases, students may appeal to the president, or, in his/her absence, the provost, in which case such appeal shall be solely on the record of the proceedings before the Hearing Committee of the University Judicial Board. Argument on appeal shall be on written submission, but the president may, in addition, require oral argument.

A Hearing Committee will consist of two faculty members, one dean, and two students. These students will be selected from members of the judicial boards or governments in the undergraduate, graduate, or professional colleges or schools. The chair of the Hearing Committee will be designated by its members. The Hearing Committee will conduct its proceedings in accordance with academic due process.

**Amendments.** These regulations on pickets, protests, and demonstrations may be changed or amended by the university at any time but any such change or amendment shall be effective only after publication or other notice. These regulations supersede any regulations heretofore issued on the subject.

## Property/Facilities/Services

Students are expected to respect the property of others (including that of the university) and will be subject to disciplinary action for the following:

- Theft of the property and/or services of another;

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7

Page 30 of 52

- Damage, destruction, or defacement of the property of another, including littering or chalking of university property;
- Wrongful appropriation of the property and/or services of another;
- Unauthorized possession and/or use of the property of another, including knowingly being in possession of stolen goods (this includes unauthorized use of vehicles, equipment, services, the Duke University name and logo).
- Unauthorized access or entry into university facilities, including but not limited to buildings, classrooms, residential rooms, athletic areas, Central Campus pool, parking areas, roofs, ledges, and tunnels; or
- Violation of any policy or guidelines pertaining to specific usage of a university facility.

*[Wording adopted from Eastern Michigan Student Conduct Code, http://www.dsa.emich.edu/sjs/violations.html.]*

## Sexual Misconduct

The tenets of the university's Community Standard (honesty, fairness, respect, and accountability) are essential components of healthy interpersonal relationships. When relationships become intimate, these principles become paramount. Sexual intimacy requires mutual engagement in an environment of affirmative consent. Sexual misconduct against anyone by anyone, male or female (whether acquaintance or stranger), is unacceptable. Duke University is committed to providing an environment free of personal affronts against individuals and will not tolerate sexual misconduct in its community.

Duke University has developed this policy based on these fundamental principles:

- Members of the university community are expected to maintain ethical standards of honesty and respect for others.
- Sexual misconduct encompasses a range of behaviors, from inappropriate touching to rape, which must be confronted directly by the campus community.
- The use of alcohol or other drugs can blur the distinction between consent and manipulation.
- Real or perceived power differentials between individuals may create an unintentional atmosphere of coercion.
- Educational and preventative measures are necessary components of the university's commitment to reduce sexual misconduct in its community.
- Responding effectively to reports of sexual misconduct necessitates the coordinated efforts of several campus offices including Duke Police, Sexual Assault Support Services in the Women's Center, the Dean of Students Office, Residence Life and Housing Services, Counseling and Psychological Services, and Student Health.
- The university will take seriously every report of sexual misconduct it receives by conducting a careful investigation and working to ensure that both complainants and accused students are given appropriate support and fair treatment.

**Sexual misconduct defined.** Sexual misconduct is defined as any physical act of a sexual nature perpetrated against an individual without consent or when an individual is unable to freely give consent. Acts of a sexual nature include, but are not limited to, touching or attempted touching of an unwilling person's breasts, buttocks, inner thighs, groin, or genitalia, either directly or indirectly; and/or rape, forcible sodomy, or sexual penetration (however slight) of another person's oral, anal or genital opening with any object. Sexual misconduct also includes sexual exploitation, defined as taking non-consensual, unjust sexual advantage of another for one's benefit or the benefit of another

_____
Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 31 of 52

party. These acts may or may not be accompanied by the use of coercion, intimidation, or through advantage gained by the use of alcohol or other drugs.

**Consent defined.** The university's definition of sexual misconduct mandates that each participant obtains and gives consent in each instance of sexual activity. Consent is an affirmative decision to engage in mutually acceptable sexual activity given by clear actions or words. It is an informed decision made freely and actively by all parties. Relying solely upon non-verbal communication can lead to miscommunication. It is important not to make assumptions; if confusion or ambiguity on the issue of consent arises anytime during the sexual interaction, it is essential that each participant stops and clarifies, verbally, willingness to continue. Students should understand that consent may not be inferred from silence, passivity, or lack of active resistance alone. Furthermore, a current or previous dating or sexual relationship is not sufficient to constitute consent, and consent to one form of sexual activity does not imply consent to other forms of sexual activity. Being intoxicated does not diminish one's responsibility to obtain consent.

Conduct will be considered "without consent" if no clear consent, verbal or nonverbal, is given. It should be noted that in some situations an individual's ability to freely consent is taken away by another person or circumstance. Examples include, but are not limited to, when an individual is intoxicated, "high," scared, physically or psychologically pressured or forced, passed out, intimidated, coerced, mentally or physically impaired, beaten, threatened, isolated, or confined.

**The use of alcohol or other drugs.** The use of alcohol or other drugs can have unintended consequences. Alcohol or other drugs can lower inhibitions and create an atmosphere of confusion over whether consent is freely and effectively given. The perspective of a reasonable person will be the basis for determining whether one should have known about the impact of the use of alcohol or drugs on another's ability to give consent. Being intoxicated or high is never an excuse for sexual misconduct.

## Examples of Sexual Misconduct

Angela and Aaron have been in an ongoing relationship for a year-and-a-half and have engaged in consensual sexual intercourse. One night while becoming intimate, Angela stops and says she doesn't feel like having sex that night. Aaron continues to touch her, saying that she got him excited and it wasn't fair of her to lead him on like that. Again Angela tells him she does not want to have sex, and then is silent. Aaron decides she has given in, and proceeds to have sexual intercourse with her. *This is a violation of the Sexual Misconduct Policy. Aaron had sexual intercourse with Angela against her will. The fact that Angela has freely consented to sexual intercourse with Aaron in the past does NOT mean he has her consent in this situation.*

Erin is talking to several of her friends in the hallway at a crowded party. Ryan, a student she knows from chemistry class, comes up behind her and places his arms around her waist. She says hi to Ryan and continues her conversation. After a while, she realized that Ryan has moved his hands up to her breasts. She turns to him and tells him to stop, saying she doesn't want to be touched in that way and that he should have more respect for her. He laughs, tells her she takes herself too seriously, and again begins to grope her. *This is a violation of the Sexual Misconduct Policy. Ryan touched Erin in a sexual way without her consent, and continued to do so after she told him to stop. This behavior is a form of sexual misconduct.*

Kristen and Myra have been intimate for a few weeks. One night, Myra calls Kristen and asks her to come over. When she arrives, Myra kisses Kristen passionately and leads her into the bedroom. They each express their excitement and desire to "hook up," and are soon making out heavily in Myra's bed. After a while, Kristen tries to engage in oral sex with Myra. Myra tells Kristen that she really likes her, but that she doesn't feel ready for that. Kristen tells Myra she's just being shy, and ignores her when she repeats that she doesn't feel ready. Finally, Kristen threatens to reveal on the Internet that Myra is a lesbian. Because Myra has not yet come out to her friends and family, she becomes

_____
Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential
Case 1:08-cv-00502-WCO-WWD   Document 1-8   Filed 07/28/08   Page 32 of 53

EXHIBIT 7
Page 32 of 52

frightened and silent. Kristen proceeds with oral sex. *This is a violation of the Sexual Misconduct Policy. Because of Kristen's manipulative and threatening arguments, Myra was afraid and unable to freely give her consent. Kristen did not receive consent from Myra and has committed sexual misconduct.*

Liz and Tom have been together for six months. She often tells her friends stories of Tom's sexual prowess, and decided to prove it to them. One night, she and Tom engage in consensual sexual intercourse. Without Tom's knowledge, Liz sets up her digital camera to videotape them having sex. The next evening, she uploads the video to an online video-sharing site and discusses it with her friends online. *This is a violation of the Sexual Misconduct Policy. Tom's consent to engage in sexual intercourse with Liz did NOT mean Liz had obtained his consent to videotape it. This is a form of sexual exploitation.*

Andrew and Felix have been flirting with each other all night at a party. Around 12:30 a.m., Felix excuses himself to find a bathroom. Andrew notices Felix slurring his speech. Andrew wonders if Felix went to the bathroom to vomit. When Felix returns, the two begin flirting more heavily and move to a couch. As the conversation continues, the two become more relaxed and more physically affectionate. Andrew soon suggests they go back to his room, and Felix agrees. As they walk down the stairs, Andrew notices that Felix looks unstable and offers his arm for support and balance. When they get back to his room, Andrew leads Felix to the bed and they begin to become intimate. Felix becomes increasingly passive and appears disoriented. Andrew soon begins to have sexual intercourse with him. The next morning, Felix thinks they had sex but cannot piece together the events leading up to it. *This is a violation of the Sexual Misconduct Policy. Felix was clearly under the influence of alcohol and thus unable to freely consent to engage in sexual activity with Andrew. Although Andrew may not have known how much alcohol Felix had consumed, he saw indicators from which a reasonable person would conclude that Felix was intoxicated, and therefore unable to give consent. Andrew in no way obtained consent from Felix.*

## Support Services and Options for Survivors of Sexual Misconduct

A variety of support resources are available on campus and in the community to assist students in dealing with sexual and dating violence, whether it happened recently or in the past. Following is a list of helpful resources. Additional resource information is available at http://wc.studentaffairs.duke.edu.

**Information, advocacy, counseling and emotional support.** The Office of Sexual Assault Support Services (SASS) was created to provide education, advocacy, and support for survivors of sexual and dating violence and their friends and families. The SASS office works closely with other university departments to provide comprehensive information and advocacy with regard to crisis intervention, ongoing counseling, support groups, medical services, law enforcement, academics, judicial and legal concerns, and/or residential living. Appointments to meet with the SASS coordinator can be scheduled during business hours by calling 684-3897 or by visiting the Women's Center located on West Campus (126 Few Fed Building near the bus stop across from the Allen Building). Counseling and Psychological Services (CAPS) also offers ongoing counseling services; call 660-1000 for an appointment. For 24-hour crisis information and referral, contact the SASS information line at 681-6882, the dean-on-call (pager number 970-4169), or the Durham Crisis Response Center at 403-6562 (for 24-hour hotline). All services are confidential and do not require making a formal report to the police.

**Medical concerns.** For immediate and urgent medical concerns, go directly to the Emergency Department (ED) of Duke Medical Center (off Erwin Road near Trent Hall). You can call the Duke Police Department (684-2444 or 911) for transportation without having to make a report. The services available are: medical care, evidence collection, emergency contraception, and sexually transmitted disease prevention. To leave your options for pressing charges open and to be eligible for victim's assistance, a state fund which pays for hospital expenses, you will want to have evidence collected by the hospital

_____
Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 33 of 52

within 96 hours of the assault. In order to receive funds from victim's assistance, you must make a police report. Another funding option for repaying hospital bills is a loan fund available through the SASS office. This loan fund does not require that you make a police report. Contact the SASS coordinator for more information. For less immediate medical concerns, schedule an appointment at Student Health (681-WELL). You can call SASS for someone to accompany you if you would like. The services available are: medical care, emergency contraception and sexually transmitted disease prevention. The student health fee covers all services, except for a minimal charge for emergency contraception.

**Reporting to the police.** Duke Police (911 or 684-2444 from non-campus phones) will respond to emergencies and non-emergencies to provide legal assistance by intervening in cases of assault, providing transportation to the Emergency Department, taking reports of an assault, investigating and participating in appropriate legal or disciplinary action. They are responsible for notifying the community in a case of continuing danger, can issue a trespass order that requires an individual to stay away from campus or a particular area or campus, and will provide referrals including how to obtain a restraining order. Assaults that occur off campus may fall under the jurisdiction of the Durham Police Department or other appropriate law enforcement agency. Students may contact the Durham Police directly (911 off campus or 560-4427/560-4609) or the SASS office or Duke Police can help facilitate reporting. Blind reporting—filing a report without your name attached to it—is an available option with both Duke and Durham's police departments.

## Reporting Sexual Misconduct for University Disciplinary Action

The Office of Judicial Affairs in the Dean of Students Office (684-6938) receives complaints of a possible violation of this policy for adjudication through the university's disciplinary process. Reports must be filed within two (2) calendar years from the date of the alleged incident. Complainants should submit a written statement regarding the alleged incident or e-mail judicial@duke.edu. Complainants may meet with Judicial Affairs staff before submitting a written statement.

**Investigation.** The judicial officer, or designee, may meet with the complainant to hear or clarify his/her account of the incident and review the disciplinary process. A formal investigation may be launched, which includes an initial meeting with the accused and an opportunity for the accused to also submit a written statement (generally within five business days) in response to the allegations. After written statements are received, the judicial officer or designee may ask further clarifying questions of the complainant, accused, or witnesses. A determination will be made on whether to proceed with a hearing based on sufficient information to believe that a policy violation may have occurred. During the investigation and until resolution of the matter, interim restrictions may be issued as deemed appropriate by the judicial officer or designee, including restrictions on contact between the complainant and the accused, exclusion from areas of campus, removal or relocation from residential areas, etc.

**Hearing procedures.** Every effort will be made to convene a hearing panel within four weeks of the formal complaint. All hearing procedures as outlined in this guide will be followed with the exception of the following. A three-person hearing panel will preside over a case that is referred to the Undergraduate Judicial Board, comprised of two faculty or staff members and one student. A finding of responsibility must be based on a unanimous vote; any sanction may be decided by a majority vote with the exception of suspension or expulsion, which must be supported unanimously. A complainant may have an advisor (a member of the university community) present during a hearing, but as with the accused's advisor, he/she may only confer quietly or through notes with the complainant and may not address the panel.

Romantic or sexual history of either the accused or the complainant with others will not be allowed in a hearing, except that testimony offered by the accused or complainant about his/her own sexual history. If such information is offered, the other party has the

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential
Case 1:08-cv-00502-WO-WWD Document 1-8 Filed 07/28/08 Page 34 of 53

EXHIBIT 7
Page 34 of 52

right to respond to that testimony. Testimony and questions regarding any romantic or sexual history of the accused and complainant with each other are permitted.

Participants are reminded that any information shared during a hearing is confidential. The hearing panel will decide what testimony, witnesses, or other information is relevant, and may exclude information or a witness that is deemed duplicative or immaterial. The complainant or accused should inform the judicial officer prior to the hearing of the names of any witnesses he/she wishes to testify and to what they will attest. Witnesses should avoid hearsay.

**Rights of complainants.** Complainants will be treated with respect and sensitivity before, during, and after the disciplinary process. The university will make all reasonable efforts to ensure the preservation of confidentiality, restricting information to those with a legitimate need for it. Complainants will be informed of the university's disciplinary process and possible outcomes. Complainants also have the right to report criminal sexual conduct to local law enforcement, which does not preclude university disciplinary action. Complainants have the right to (and are strongly encouraged to seek) counseling and support available through resources such as Sexual Assault Support Services (SASS) in the Women's Center, Counseling and Psychological Services (CAPS), and Durham Crisis Response Center (DCRC). Complainants may request changes to academic and living situations and will be notified as to what changes are reasonably available. Complainants also have access to disciplinary advisors to guide them through the disciplinary process.

Allegations of sexual misconduct will be investigated in a thorough and timely manner. Complainants will be kept updated of the status of an investigation and the outcome of a hearing. An advisor (who is a member of the university community) may accompany complainants to any meeting with the judicial officer or to a hearing. At their request, complainants have the right to receive—within the parameters of FERPA—a copy of the written information given to a hearing panel. Complainants may offer relevant material witnesses to speak on their behalf. (Note that a hearing panel may exclude witness testimony deemed irrelevant or duplicative.) Complainants may also submit two written character references to a hearing panel before the hearing begins. Complainants will be given the opportunity to make opening and closing statements to a hearing panel.

**Rights of accused students.** Students accused of sexual misconduct have the same rights as any student accused of a policy violation (see "The Undergraduate Disciplinary System"), which includes the right to a 48-hour notice in advance of a hearing, the right to bring material witnesses to speak on his/her behalf (written testimony of two character witnesses may be submitted to a hearing panel before the hearing begins), and the right to ask questions (directed through the hearing panel) of any witness present. (Note that a hearing panel may exclude witness testimony deemed irrelevant or duplicative.) An accused student may request changes to academic and living situations, and will be notified as to what changes are reasonably available. Accused students can expect a presumption of innocence throughout the disciplinary process unless found responsible through an impartial and fair hearing, and will be treated with respect throughout the process.

Disciplinary advisors are made available to the accused and should be consulted at the onset of an investigation. Their role is to educate accused students about the disciplinary process and provide support. An advisor (a disciplinary advisor or any other member of the university community) may accompany the accused to a hearing, but may only confer with the accused.

**Notification of hearing outcome and sanctions.** The complainant and accused will receive verbal notification of the outcome of the hearing no sooner than two business days and no later than five business days after the hearing. (Note that re-disclosure by the complainant of a "not responsible" decision to anyone without the prior consent of the accused is a violation of the Family Educational Rights and Privacy Act). Notification will be individually given to the accused and complainant at approximately the same time. A written hearing report outlining the decision and rationale of the hearing panel will be later

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 35 of 52

delivered to the accused. Sanctions for a finding of responsibility include, but are not limited to, expulsion, suspension, disciplinary probation, recommended counseling, and/ or other educational sanctions deemed appropriate by the hearing body. Students who are found responsible for a violation of this policy have a right of appeal based on the grounds described in this guide.

## Smoking

Duke University seeks to preserve a living and working environment supportive of behaviors that contribute to the physical health and well-being of all community members. Smoking is not permitted in any university building, including residence halls. Smoking is permitted with roommate(s) consent only in the Central Campus Apartments. Smoking is not permitted anywhere on the campus of the medical center.

## Solicitation

Commercial selling or soliciting is prohibited in university facilities and in the residence halls or Central Campus Apartments whether by students or non-students. The West Campus Plaza environs may be used for the purpose of sales, distribution, or events involving the use of sound amplification equipment. Any such activity must be sponsored by a recognized campus organization.

## Stalking

Duke University prohibits stalking and cyberstalking. A student who repeatedly follows or sends unwanted communication to another—placing a person in reasonable fear for his/her safety or causing a reasonable person emotional distress—is in violation of this policy.

## Weapons/Firearms/Explosives

It is against North Carolina state law and university policy to possess a gun, rifle, pistol, or other firearm of any kind, or any powerful explosive on university property. Additionally, students are not permitted to possess on campus any weapon, including mace, BB gun, stun gun, paintball gun, potato gun, realistic-looking toy gun, air rifle, air pistol, sword, bowie knife, dagger, slingshot, switchblade knife, blackjack, and metallic knuckles.

## Other Violations

Students may be subject to disciplinary action for:

- Violating any other published or posted university regulation not specifically mentioned in this section, including the Housing License, the residence hall/ Central Campus apartment regulations, student activities regulations, guidelines for organizations, parking regulations, etc.
- Acting as an accomplice through action or negligence to the commission of any prohibited act.
- Attempting or intending to commit any violation of laws and/or university policies.
- Violating local ordinances or state or federal laws (as determined through the university's disciplinary process), including those related to noise, housing occupancy, and the use or distribution of alcohol.

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 36 of 52

# APPENDICES
## Appendix A—The Judicial System of Duke University

The judicial system of the university shall consist of the University Judicial Board and a judicial board for each of the communities hereafter defined. (The undergraduate judicial system is part of the larger university judicial system.)

### Authority Over Policies and Procedures

Responsibility for prescribing and enforcing rules and regulations governing student conduct rests ultimately with the Board of Trustees of Duke University and, by delegation, with administrative officers of the university and of the college and school.

The policies and procedures governing the conduct of undergraduate students may be amended at any time by the vice president for Student Affairs and may be implemented with adequate notice to the university community.

### Community Judicial Boards

There shall be an undergraduate community consisting of the undergraduates in Trinity College of Arts and Sciences and the Pratt School of Engineering; a Divinity School community; a Fuqua School of Business community; a Law School community; a Medical School community; an Allied Health community consisting of all degree and certificate (i.e., paramedical, nondegree) students in the School of Allied Health; a Nicholas School of the Environment and Earth Sciences community; a School of Nursing community; and a Graduate School community. Each community shall have such judicial system as its governing body may provide.

### THE UNIVERSITY JUDICIAL BOARD

#### Jurisdiction

The jurisdiction of the University Judicial Board shall be limited to cases arising out of the pickets and protests regulations and cases involving more than one of the communities as determined by the vice president for Student Affairs in consultation with the president and the chair of the University Judicial Board.

The University Judicial Board shall have jurisdiction over members of the student body, members of the faculty, and administrative personnel of the university not subject to the *Personnel Policy Manual*.

### Filing of Charges; Responsibilities of Vice President for Student Affairs

- The Office of the Vice President for Student Affairs shall have responsibility for receiving complaints, conducting investigations, and preferring charges concerning offenses within the jurisdiction of the board.
- The University Judicial Board shall hear no case without a finding of probable cause made by the vice president for Student Affairs, whose signature to the charge or charges shall constitute sufficient evidence of such finding.
- To assist the vice president for Student Affairs in the investigation of complaints, the gathering of evidence, and the preparation of charges, investigative and judicial aides may be appointed by the vice president and shall serve at his/her pleasure and under his/her direction. The number and specific duties of such aides shall be determined by the vice president for Student Affairs, who shall be fully responsible for all duties performed by them in their capacity as aides.
- The vice president for Student Affairs shall subpoena witnesses as directed by the University Judicial Board.
- The vice president for Student Affairs may delegate all or any portion of his/her duties as regards these judicial procedures to an aide or aides. The vice president for Student Affairs shall be responsible for the discharge of all duties thus delegated.

*70 Appendices*

_____
Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential
Case 1:08-cv-00502-WO-WWD Document 1-8 Filed 07/28/08 Page 37 of 53

EXHIBIT 7
Page 37 of 52

## Membership

The University Judicial Board shall consist of a chair appointed by the president, five faculty members (two of whom shall be from the Law School) appointed by the Executive Committee of the Academic Council, and two student members from each of the communities (except in the case of the undergraduate community where there should be four members) elected by each community's judicial board. The chair of the board shall select five-person panels consisting of a chair and an equal number of students and faculty. Cases referred to the board shall be assigned to the panels in rotation, provided that a member of a panel may, at his/her request, be excused from sitting on a case by the chair of the board, who may appoint a substitute from among the other members of the board. Each panel shall be known as a "Hearing Committee of the University Judicial Board."

## Terms of Members

Faculty members shall normally serve for two-year terms, but are eligible for reappointment. The terms should be staggered in order to provide continuity. Two of the initial appointees shall be appointed for one-year terms. Student members shall serve for one-year terms, although they may be eligible for re-election. The board has the right to remove any member of the board for cause by a vote of a two-thirds majority of all members. The vacancy shall be filled promptly according to the original procedure.

## Conduct of the Hearing

- The hearing will be conducted in private unless the accused requests an open hearing. If any objection is raised to conducting an open hearing in any particular case, the Hearing Committee of the University Judicial Board will decide the issue by majority vote. If the decision is made not to hold an open hearing, the accused shall be informed in writing of the reasons for the decision.
- The university and the accused may be represented by an adviser of his/her choice.
- The board shall promulgate its own rules of procedure consistent with academic due process and all provisions of this document.
- The accused has the right to challenge on the grounds of prejudice any member of the Hearing Committee sitting on his/her case. If an accused makes such a challenge, the Hearing Committee shall deliberate in private to determine whether cause exists. By a majority vote of the members of the tribunal (excluding the member being challenged), a member shall be removed from the case and replaced by a member of the board designated by the chair of the Judicial Board. In addition, the accused may exercise a challenge directed at the entire panel, in which case the challenge shall be made to the chair of the University Judicial Board, who shall excuse the panel challenged and refer the accused's case to the next panel in rotation.

## The Right of Appeal

- In cases heard by the University Judicial Board, there will be no appeal when the accused is acquitted.
- A student or administrator who is not a member of the faculty convicted by the University Judicial Board may appeal to the president, or in his/her absence, the provost, in which case such appeal shall be solely on the record of the proceedings before the Hearing Committee. Argument or appeal shall be on written submission, but the president may, in addition, require oral argument.
- A member of the faculty convicted by the University Judicial Board may appeal to the Faculty Hearing Committee authorized under the provisions for Academic Freedom and Tenure of Duke University.

EXHIBIT 7
Page 38 of 52

## Status of the Accused

Charges must be prepared without delay following the alleged commission of the offense. Pending final verdict on charges against the accused (including appeal), his/her status shall not be changed, nor his/her right to be on campus to attend classes suspended, except that the president or provost may impose an interim suspension upon any member of the university community who demonstrates, by his/her conduct, that his/her continued presence on the campus constitutes an immediate threat to the physical well-being or property of the members of the university community or the orderly functioning of the university. The imposition of interim suspension requires that the suspended individual shall immediately observe any restriction placed upon him/her by the terms of the suspension. The suspended individual shall be entitled to a hearing within three (3) days before the Hearing Committee on the formal charges. If he/she requires additional time to prepare his/her case before the Hearing Committee, he/she shall be entitled to an informal review of the decision imposing interim suspension by a three-person committee chosen from the members of the University Judicial Board by its chair. Interim suspension is an extraordinary remedy which will be invoked only in extreme cases where the interest of the university and members of its community require immediate action before the Hearing Committee can adjudicate formal charges against the suspended individual. If interim suspension is imposed and the accused is later found innocent, the university shall seek restitution as provided by the Hearing Committee with respect to the student's academic responsibilities incurred during the period of suspension.

## Civil and Criminal Courts

Members of the university community may be subject to civil or criminal proceedings in a local court. The president may initiate legal action seeking injunctive or other civil relief, or file criminal charges, when it is necessary to protect the person or property of members of the university community, or the orderly functioning or property of the university. Such action may be in addition to the filing of formal charges before the University Judicial Board and/or interim suspension.

## Sanctions

A Hearing Committee of the University Judicial Board shall have the power to impose the following penalties upon students:

- Expulsion. Dismissal from the university with the recommendation that the person never be readmitted.
- Suspension. Dismissal from the university and from participation in all university activities for a specified period of time after which the subject may apply for readmission.
- Disciplinary Probation. Placing a student on a probationary status for a specified period of time, during which conviction of any regulation may result in more serious disciplinary action.
- Exclusion from participation in extracurricular activities. Without limiting the generality of that penalty, such restrictions might involve participation in any collegiate athletics, or any public participation or performance in the name of the university. However, a hearing committee may not exclude a person from performance of the duties of an elective office, but may make such a recommendation to the appropriate organization. This penalty may be imposed by itself or in addition to any of the other enumerated penalties.
- Censure. Written reprimand for violation of the specified regulation, including the possibility of more severe disciplinary sanction in the event of conviction for the violation of the same or one of equal seriousness within the period of time stated by the reprimand.
- Admonition. By an oral statement to the offender that he/she has violated the university rules or has been in contempt of the board.

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 39 of 52

- Restitution. Payment for all, or a portion of property damage caused during the commission of an offense. This penalty may be imposed by itself, or in addition to any of the other penalties.
- Fines. Payment of reasonable sums to be determined by a hearing committee. This penalty may be imposed by itself, or in addition to any of the other penalties.
- Exclusion from social activities where the nature of the violation so indicates including, but not limited to, curfews or other revocation of upperclass privileges.

A Hearing Committee of the University Judicial Board shall have the power to impose the following penalties upon faculty members and administrative personnel not subject to the provisions of the *Personnel Policy Manual*.

- Dismissal. Dismissal or termination of appointment.
- Censure.
- Admonition.
- Restitution.
- Fines.

## Other Powers

The Hearing Committee may recommend to the university that it seek restitution with respect to the accused's university responsibilities incurred during a period of suspension or during the period when a hearing has been conducted or shall make such other nonpunitive recommendations with respect to the accused as it shall deem appropriate.

## Records

The board shall promptly arrange a policy of keeping its own records, subject to the university policy on confidentiality.

## Excusal of Members of the University Community from University Obligations

Any member of the university community whose presence is required at a hearing shall be excused from the performance of any university responsibilities which would normally be performed at the time when his/her presence is required before the Hearing Committee.

*Appendix A—The Judicial System of Duke University 73*

EXHIBIT 7
Page 40 of 52

# Appendix B—Optional, One-time Faculty-Student Resolution Process for Cases of Academic Dishonesty Involving Undergraduates

This option for resolving cases of academic dishonesty is reserved for first-time, minor infractions by Duke undergraduates. The faculty member must first contact the Office of Judicial Affairs in the Dean of Students Office to discuss the appropriateness of this option with respect to the nature of the offense, as well as to learn of any prior violations by the student. If there is no record of prior offenses and the case appears to be one that, if adjudicated by a judicial hearing panel, would result in probation or a sanction less severe than probation, it may be resolved between the faculty member and the student. Otherwise, the case must be forwarded to the Office of Judicial Affairs.

A faculty-student resolution may result in a reduced grade on the assignment, a reduced grade in the course, additional assignments, and/or other educational initiatives. (The outcome must be agreed upon by both parties.)

The faculty member must report the outcome(s) of a faculty-student resolution to the Office of Judicial Affairs for record keeping. This resolution will not become part of the student's disciplinary record unless there is a second violation, at which time both cases will be noted on the student's disciplinary record.

**Process**

- The faculty member shall first contact the Office of Judicial Affairs in the Dean of Students Office to discuss the appropriateness of this option with respect to the nature of the offense, as well as to learn of any prior violations. The associate dean of students/director of judicial affairs may be reached at 684-6938.
- If the student has no record of prior offenses and the case appears to be one that, if adjudicated by a judicial hearing panel, would result in probation or a sanction less severe than probation, it may be resolved between the faculty member and the student.
- The faculty member shall meet with the student and present any information relevant to the case.
- The student shall have an opportunity to respond to the allegations.
- If the faculty member believes that academic dishonesty has occurred, the faculty member should complete a Faculty-Student Resolution form, including the proposed outcome, and present this form to the student. The form may be found on the Web site of the Academic Integrity Council at http://www.integrity.duke.edu.
- Upon receipt of the proposed resolution, the student has 48 hours to consider and seek advice on whether to admit responsibility and accept the resolution.
- If the student accepts the resolution, she/he should sign the resolution form in the presence of the faculty member. The faculty member should then forward a copy of the form to the Office of Judicial Affairs in the Dean of Students Office (Box 90893).
- If the student does not accept the proposed resolution, the faculty member should refer the case to the Office of Judicial Affairs.

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 41 of 52

# *Financial Information*



EXHIBIT 7
Page 42 of 52

# Tuition and Fees*

No college or university can honestly state that an education at the college level is inexpensive. Fees paid by students cover less than half the cost of their instruction and the operation of the university. Income from endowment and contributions from alumni and other concerned individuals meet the balance and assure each student the opportunity to pursue an education of unusually high quality.

Students are urged to give their attention first to the selection of institutions which meet their intellectual and personal needs, and then to the devising of a sound plan for meeting the cost of their education. This process will require an in-depth knowledge of both the university's financial aid program and the resources of the student's family. Information describing in detail the various forms of financial aid may be obtained from the Office of Undergraduate Financial Aid web site at: http://dukefinancialaid.duke.edu.

**Estimated Expenses**. The figures in this section are projections and are subject to change. Certain basic expenditures, such as tuition, room, and board, are considered in preparing a student's budget. These necessary expenditures, with a reasonable amount allotted for miscellaneous items, are shown below:

| | Academic Year, 2007-2008 (two semesters) | Two Summer Terms, 2007 (one semester equivalent) |
|---|---|---|
| Tuition | | |
| Trinity College | $34,335 | $9,000-10,500 |
| Engineering | $34,335 | $9,000-10,500 |
| Residential Fee | | |
| Single Room | $6,800-8,180 | n/a |
| Double Room | $5,150-6,190 | $1,700 |
| Triple Room | $4,590-5,530 | n/a |
| Food (projections include a meal plan service fee) | | |
| 100% board plan | $4,829 | $1,669 |
| 75% board plan | $4,159 | $1,059 |
| Books and Supplies | $1050 | $525 |
| Student Health Fee | $546 | $168 |
| Student Activity | $206 | |
| Student Services Fee | $225 | |
| Recreation Fee | $200 | $33[1] |
| Residential Program Fee | $108 | |

[1] This fee is optional.

It should be realized that additional expenses will be incurred which will depend to a large extent upon the tastes and habits of the individual. The average undergraduate student, however, can plan on a budget of approximately $48,327. The budget estimate for the summer (two terms, one semester equivalent) is $13,095. These budgets represent most

* The figures in this section are projections and are subject to change.

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential
Case 1:08-cv-00502-MVOHWWD th Documlehtulnont Filed c07/28/08. Page 43 of 53

EXHIBIT 7
Page 43 of 52

student living expenses except for cable, telephone, parking, travel costs, loan fees, and major clothing purchases.

*Fees and Deposits for Fall and Spring.* On notification of acceptance, students (including transfer students) are required to pay a nonrefundable registration fee of $100 which includes a one-time transcript processing fee, and to make an advance deposit of $200. The deposit will not be refunded to accepted applicants who fail to matriculate.

*Late Registration.* Continuing students who fail to register during the registration period must pay a fee of $50 to the bursar.

*Part-Time Students.* In the regular academic year, students who with permission register for not more than two courses in a semester will be classified as part-time students. Part-time students will be charged at the following rates: one course, $4,292; half course, $2,146; quarter course, $1,073. Registration for more than two courses requires payment of full tuition. Graduate students registered for undergraduate courses will be assessed three units for non-laboratory courses and four units for laboratory courses. Men and women in nondegree programs who are being considered for admission to degree programs, as designated by the Office of Continuing Education, pay fees by the course whether the course load is one, two, or three courses.

Auditing one or more courses without charge is allowed for students paying full fees, provided that the consent of the instructor is obtained. Students who are enrolled for one or two courses may audit other courses by payment of $418 for each course audited. With the consent of the appropriate instructor and the director of Continuing Education, graduates of Duke may audit undergraduate courses for the above payment per course.

**Payment of Accounts for Fall and Spring.** The Bursar's Office will issue statements to registered students for tuition, fees, and other charges approximately four to six weeks prior to the beginning of classes each semester. The amount due on the statement is payable by the due date as indicated on the statement. Inquiries can be made at the Bursar's Office by email at bursar@duke.edu, by facsimile at (919) 684-3091, or by telephone at (919) 684-3531. Current account information is available on the ACES Web site. Office hours are from 8:30 a.m. to 5:00 p.m., Monday through Friday. As part of the admission agreement to Duke University, a student is required to pay all statements as presented. If full payment is not received, a late payment charge will be assessed on the subsequent statement, and certain restrictions, as stated below, will be applied. Failure to receive a statement does not warrant exemption from the payment of tuition and fees, nor from the penalties and restrictions. Statements are mailed to the student's permanent home address as maintained by the student on the ACES Web site. Non-registered students will be required to make payment for the current term's tuition and fees, as well as any past due balance at the time of registration. Payment can be made by e-check at www.bursar.duke.edu.

*Monthly Payment Option.* The Monthly Payment Option Plan allows students and their parents to pay all or part of the academic year expenses in ten equal monthly payments from July 1 to April 1. The only cost is an annual, nonrefundable participation fee of $95. This participation fee can be paid by Visa or MasterCard. Monthly installment plan payments may be made by check or by bank draft. Questions regarding this plan should be directed to Tuition Management Systems (TMS) at (800) 722-4867. Information is also available at the TMS Web site, www.afford.com. At renewal, the plan can be extended to twelve months. The monthly payments can be increased or decreased without additional cost. As a TMS participant, you will continue to receive monthly statements from the Duke Bursar's Office. These statements will reflect payments made to TMS, as well as any new transactions that are posted to your Bursar account.

*Duke Student Insurance.* All undergraduates are required to maintain adequate medical insurance. Adequate medical insurance is defined as insurance that meets or exceeds the level of coverage provided by the Duke Student Health Insurance Plan. Additional information on the University's health insurance requirement is available at: www.bursar.duke.edu.

_____
Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential
Case 1:08-cv-00502-WO-WWD   Document 1-8   Filed 07/28/08   Page 44 of 53

EXHIBIT 7

Page 44 of 52

Students are required to enter their health insurance decision via the ACES Web site. This decision must be updated with each new school year. When entering the decision, students can select coverage under the Duke Student Plan or waive coverage under that plan by indicating proof of adequate coverage by a private policy (students will be required to enter policy information).

An international student holding an F-1 or J-1 visa must participate in the student health insurance plan. The student will be automatically enrolled in and charged for the plan. In this case, the insurance decision need not be entered on ACES.

Medical insurance coverage is required in addition to paying the mandatory student health fee.

*Restrictions for Outstanding Account Balances.* An individual will be in default if the amount due, as listed on the statement, is not paid in full by the required due date. In addition to the assessment of late payment charges, a student in default will not be allowed to register for future semesters, to receive a transcript of academic records, to have academic credits certified, or receive a diploma at graduation. In addition, an individual in default may be subject to withdrawal from school and have the account referred to a collection agency and credit bureau.

**Fees for Study Abroad**. Students who register to study abroad on programs administered by institutions other than Duke University will pay the tuition and fees of the administering institution. There will be a fee of $2,350 per semester, payable to Duke University, to maintain a student's enrollment at Duke.

**Fees for Courses**. Additional fees are charged for certain physical education activity and applied music courses. For specific charges, consult the Office of the Bursar.

**Tuition and Fees for Summer Session**. Tuition for undergraduates is $2,250 for each 3 semester hour (s.h.) course, $3,000 for each 4 s.h. course, $1,500 for each half course (2 s.h.), and $4,500 for each one and one-half course program (6 s.h.) offered at the Marine Laboratory.

Tuition for graduate students taking an undergraduate course is as indicated above.

*Health Fee.* All Duke students and all full-time non-Duke students are required to pay $84 per term. All students at the Marine Laboratory are required to pay $70 per five-week registration period.

*Music Fee.* A fee of $100 will be charged for Music 79. A fee of $200 will be charged for Music 80 and 89. A fee of $400 will be charged for Music 90 and 99.

*Auditing Fees.* With permission of the instructor, students registered for a full course program (two courses) may audit one non-laboratory course except a physical education and dance activity course, a studio art course, an applied music course, and foreign programs. No extra charge is made.

Students carrying less than a full course program may be granted permission by the instructor to audit a course (the above exceptions apply) but must pay $225 for the course if it is in Arts and Sciences. Professional school course audit policies may differ.

Payment of Tuition and Fees. The Office of the Bursar will mail bills in May, June, July, and August to current Duke students enrolled for Summer Session. The bill due date will be two weeks from the date of the bill. Students will also be able to view their bills on the web. Problems meeting these deadlines should be discussed with the Office of the Bursar prior to the start of the term. Failure to meet deadlines may have implications for fall enrollment.

The Summer Session Office will enclose a statement of charges with the confirmation of registration letter sent to all visiting students, Duke graduates, and incoming Duke first-year students. Payment for Term I charges will be due on or before Thursday, May 3, 2007. Payment for Term II charges will be due on or before Monday, June 18, 2007. If payment is not received by these dates, registration will be cancelled.

Summer Session retains the right to withdraw students from classes if they never attend, have not paid tuition and fees, or if they have failed to clear with the bursar, by

*Tuition and Fees 109*

Case 1:08-cv-00502-WO-WWD   Document 1   Filed 07/28/08   Page 45 of 53

EXHIBIT 7
Page 45 of 52

the end of the drop/add period. Those withdrawn for these reasons will be billed the health fee and an administrative withdrawal fee of $150 per course. Attendance in classes after the first three days of the term obligates the student for the full tuition and fees for the course.

Students who, subsequent to withdrawal, clear with the Office of the Bursar may, with written permission of their academic dean, be reinstated in their classes as originally registered and receive regular grades. The administrative withdrawal fee will stand and the student will be liable for full tuition and fees.

**Transcripts**. Requests for transcripts of academic records can be made via ACES, Duke's online student records system. Transcripts requested via ACES will be mailed the next business day. (See University Registrar's web page, http://registrar.duke.edu, for access to ACES.) Former students who do not have access to ACES may request transcripts by submitting a signed request directly to the Office of the University Registrar, in person, by mail, or by fax. E-mail requests are not accepted. Transcripts may be withheld for outstanding financial obligations.

**Duke Employees**. With the permission of their supervisors, employees may, through the Office of Continuing Studies and Summer Session, take up to two courses for credit or audit during any one semester or one during a summer term. A formal application for credit course work must be submitted by August 1 for the fall semester, December 1 for the spring semester, April 15 for Term I of Summer Session, or June 1 for Term II of Summer Session. Only employees desiring to continue in the fall semester should apply for admission during the summer. Employees desiring to take a course for credit only during the summer should complete the Summer Session application/registration form.

Many employees may be eligible to receive an Employee Tuition Benefit to enroll in regular university classes. Employees with at least two years of continuous service may be eligible to receive an Employee Tuition Benefit to enroll in regular university classes for academic credit. The Employee Tuition Assistance Program provides reimbursement of tuition for a maximum of two classes per semester (limit six semester classes per calendar year) up to $5,000 per calendar year for full-time employees. The employee's work supervisor must confirm the coursework is directly related to the individual's work assignment or future career development at Duke. For additional information and an application to participate in the Tuition Assistance Program, consult http://www.hr.duke.edu/benefits/education/tuition_assistance.html. Staff members of Continuing Studies and Summer Session are available to advise Duke employees on educational matters (919) 684-2621.

# Living Expenses[*]

**Housing for Fall and Spring**. In residence halls for undergraduate students the housing fee for a single room ranges from $6,800 to $8,180 for the academic year; for a double room, the fee ranges from $5,150 to $6,190; for a triple room, the fee ranges from $4,590 to $5,530 per occupant. Apartment rates for upperclass students range from $4,810 to $6,000 per occupant.

Detailed information concerning the student's obligations under the housing license and the consequences of failure to comply are published in the *Bulletin of Duke University: Information and Regulations*.

**Housing for Summer**. For detailed information on types and costs of accommodations available at Duke University for the Summer Session contact: housing@studentaffairs.duke.edu, (919) 684-4304. Web site: http://rlhs.studentaffairs.duke.edu.

---

[*]  The figures contained in this section are projections and are subject to change prior to the beginning of the Fall 2008 semester.

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential
Case 1:08-cv-00502-WO-WWD   Document 1-8   Filed 07/28/08   Page 46 of 53

EXHIBIT 7
Page 46 of 52

**Food and Other Expenses**. Duke Dining Services and Duke University Stores operations are located on campus to serve the needs of the Duke community. The university identification card, known as the DukeCard, can be used to gain access to prepaid accounts and make purchases in many Duke University facilities.

The first-year student dining program includes twelve prepaid meals per week at The Marketplace at East Union; plus dining plan debit account "points" for use at any dining location on campus, three convenience stores, concessions at athletic events, sodas and snacks from vending machines, and late night pizza and sub delivery from approved local on campus vendors. The cost of the First Year Plan is $1,895 per semester for the twelve-meal plan plus one of three "points" plans (Plan G-I) which range from $335 to $415. Participation in the First Year Plan is required of all first-year students who reside on East Campus.

Upperclass students who live in the residence halls are required to participate in one of five dining plan debit accounts which allows access to all dining locations. The five plan levels (Plan A - Plan E) range from $1,560 to $2,395 per semester. Upper class students who live in Central Campus apartments are also required to participate in the dining plan, but may choose to do so at the lower minimum requirement of Plan J ($1,120 per semester).

Nonresident students are not required to participate in the dining plan; however, Plan F at a cost of $545 per semester is offered as an option.

An optional summer dining plan is provided in three plan levels ranging from $255 to $815 per summer term.

Students may also purchase a Flexible Spending Account (FLEX) which can be used to purchase any goods or services from Dining Services, Duke Stores, and other campus operations. FLEX is optional and may be opened with a minimum balance of $25. Additional funds may be deposited to either the FLEX or dining plan debit account at anytime.

Information regarding these accounts is sent to matriculating students. For more information about campus retail and food facilities, see the chapter "Campus Life and Activities" in this bulletin.

# Fall and Spring Refunds

In the case of withdrawal from the university, students or their parents may elect to have tuition refunded or carried forward as a credit for later study according to the following schedule:

| Withdrawal | Refund |
|---|---|
| Before classes begin | Full Amount |
| During first or second week | 80 percent |
| During third, fourth, or fifth week | 60 percent |
| During sixth week | 20 percent |
| After sixth week | None |

Tuition charges paid from grants or loans will be restored to those funds on the same pro rata basis and will not be refunded or carried forward. In the event of death, a full tuition, fees, and residence hall refund will be granted. In case of a call to military service, a full semester's tuition, full purchase price of textbooks from the university's book store, and the pro rata amount of the room charge will be refunded. The outstanding balance of the food service plan will be refunded in case of military service or death.

In the case of dropping special fee courses (e.g., music, art, golf), or of part-time students dropping audit courses, a full refund will be granted students during the drop-add period. Students changing status to part-time are required to request permission at the time of preregistration; therefore, no refunds are granted during the drop/add period or subsequently for changes which involve carrying less than a full-time load.

_____
Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 47 of 52

Because Duke University participates in the Title IV federal aid programs, it follows federal guidelines with respect to the refund and repayment of these funds. All first-time students who withdraw within 60 percent of the enrollment period will have their charges and financial aid adjusted according to the federal regulations. Additional information regarding this procedure may be obtained from the Office of Financial Aid.

# Summary Administrative Withdrawal Charges and Refunds[*]

*Drop or Administrative Withdrawal Charges.* Students who will not be attending a summer term or course for which they have registered must officially drop the course(s) prior to the beginning of the term whether or not they have paid tuition and fees. (See the section on course changes for the summer term in the chapter "Academic Procedures and Information.") Students who fail to drop the course(s) prior to the beginning of the term will be charged $150 per course.

*Refunds (Except Study Abroad Programs).* Students who will not be attending a summer term or course for which tuition and fees have been paid are eligible for refunds following these policies:

1.  There is a financial obligation of full tuition and fees if the student withdraws from a course(s) or withdraws from the term after the third day.
2.  There is a financial obligation of $150 per course if the student officially drops a course(s) or withdraws from the term during the first three days. The health fee is not refunded. (There is no charge for drop/adds that result in no change in course load in the same term.)
3.  Full tuition and fees are refunded if the student officially drops a course(s) or withdraws from the term before the first day.

# Student Aid

Duke University is strongly committed to its financial aid program and, for the four years of undergraduate enrollment, will meet 100 percent of the demonstrated need of each eligible admitted U.S. citizen or eligible non-citizen. The university's aid program includes both merit and need-based scholarships, work-study, the Federal Pell Grant Program, the Federal Perkins Loan, and the Federal Stafford Student Loan Program. Admissions decisions are made without reference to a student's application for aid, and students needing assistance are strongly encouraged to apply for financial aid at the same time as for admission. Students awarded financial aid will be notified at the same time they are offered admission.

For the student with demonstrated need, the net cost of an education at Duke University will generally be no greater than that for attendance at any private college or university. It is the intention of the Office of Undergraduate Financial Aid to set each award at a level consistent with a family's ability to meet the costs of attending Duke University. This will be done by taking into consideration the contribution that can reasonably be expected from the student and the family. During the current academic year, over 43 percent of the student body receives more than sixty million dollars in aid of various types. Additional information is available on the university's financial aid Web site at http://dukefinancialaid.duke.edu.

**Financial Aid for Entering Freshmen**. Candidates should initiate their application for financial aid concurrently with their application for admission. Instructions outlining the specific requirements and deadline dates will accompany application materials. To receive institutional funds, two forms must be submitted, the Free Application for Federal Student Aid (FAFSA) to the federal processor and the PROFILE application to the College Scholarship Service (CSS). Students applying for federal loans and grants and not Duke

---

[*] This policy does not apply to study abroad program students.

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential
Case 1:08-cv-00502-WO-WWD Document 1-8 Filed 07/28/08 Page 48 of 53

EXHIBIT 7
Page 48 of 52

University aid need to complete only the FAFSA. If a student's parents are divorced or separated, the custodial parent must submit the PROFILE and FAFSA. The noncustodial parent must submit the CSS Non-Custodial Profile Application. The College Scholarship Service will be collecting the noncustodial parent's information through an online process; details will be emailed to applicants by CSS immediately following receipt of the PROFILE application. Students will be asked to submit copies of their and their parents' Federal Income Tax Returns from the most recent year (*all* schedules and W2s must be included). If tax returns for the most recent year are not available at the time of application, we will accept a copy of the prior year's return to do an estimated aid award. Early Decision applicants must submit copies of their tax information directly to the Undergraduate Financial Aid Office. Regular Decision applicants are required to submit their tax information directly to the College Board for processing by their Institutional Documentation Service (IDOC). Students will receive information from the College Board about about the IDOC process. Students' tax information will be sent to Duke electronically by the College Board.

**Renewal of Financial Aid after the Freshman Year**. Each year students must file an application for renewal of financial aid. This application must include a new PROFILE form, a new Free Application for Federal Student Aid, a Noncustodial Parent's Statement, if appropriate, and a copy of all pages, including schedules and attachments, of the parents' and student's current federal income tax return. Application materials can be completed online after January 1st. The deadline for the receipt of all application materials by the Financial Aid Office is May 1.Failure to meet this deadline will affect the type and amount of aid offered. All qualified students may receive need-based aid for up to eight semesters.

To have financial aid renewed, a student must meet the continuation requirements outlined in the chapter "Academic Procedures and Information," as appropriate. Students not qualifying for financial aid due to their inability to meet these requirements may appeal directly to the Financial Aid Office. Students holding merit scholarships are required to maintain an average considerably higher than the minimum required for need-based financial aid recipients. Specific details regarding retention standards will be provided to scholarship winners.

**Summer School Financial Aid**. Financial aid is available for each summer session. A student may choose to attend two summer sessions as part of their ninth semester of aid eligibility. Interested students can obtain specific details as to available funding and an application through the Financial Aid Office in March of each year.

## TYPES OF FINANCIAL AID

Gift scholarships or grants, long-term loans, and employment are integral parts of the financial aid program, and some portion of the aid offered an undergraduate is normally in each of these forms.

The work-study opportunity and loan(s) offered as financial aid are considered to be the self-help portion of the award. The standard aid package at Duke provides that the first $3,000 to $8,100 of each student's need be awarded in the form of self-help funds. Funds awarded in excess of this amount will generally be grant funds. This combination of university grant funds and opportunities for self-help enables Duke to extend its resources to a larger number of deserving students.

Duke has a number of scholarships based on merit which are available from personal endowments and corporations. Most are intended for entering freshmen and require no separate application. These scholarships may be based on achievement in a particular field or on an outstanding overall record.

**Gift Scholarships**. The following are among the named gift scholarships offered through Duke University. Where specified, these scholarships are renewable for four (4) years of undergraduate study for those students meeting the following academic standards:

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential
Case 1:08-cv-00502-WO-WWD in the Document 1 Exhibit 07/28/08. Page 49 of 53

EXHIBIT 7
Page 49 of 52

Renewable merit scholarships will be continued for freshmen who complete the first year of studies with a 2.8 average or higher. Upperclass students must complete each academic year with a 3.0 average or higher. Students failing to meet the required average will be put "on review." Thereafter, students on review must receive a 3.0 average each semester to keep the scholarship or fellowship. If a scholar is ineligible to return to Duke for academic reasons, or is dismissed for disciplinary reasons, he or she will lose the scholarship.

*Angier B. Duke Memorial Scholarships.* The Angier B. Duke Memorial Scholarships, competitively awarded on the basis of academic merit, have been established to encourage the intellectual achievement of men and women by recognizing those who possess outstanding academic and leadership abilities. Candidates are selected on the basis of intellectual performance, creative talent, and promise of being eventual leaders in whatever field of endeavor they choose. The scholarship is a four-year program (eight semesters), and a student's continuation in the program is contingent upon good academic performance. All 2001-2002 freshman scholarship holders received full tuition if enrolled in Trinity College of Arts and Sciences or the Pratt School of Engineering. Students demonstrating additional need will receive a grant from Duke University funds up to the amount needed. All Angier B. Duke Scholars are eligible to participate in a six-week summer study program at Oxford University in England. Under the Oxford program the scholarship pays tuition, single room accommodation, full board, designated excursions for all scholars, and an allowance for transatlantic air fare. Those choosing not to participate in the Oxford program are eligible for a $2,000 grant for an approved independent project. At least one of the four years of the scholarship could be used abroad on an approved program.

*Robertson Scholars.* This history-making undergraduate scholarship program, created and funded by visionary alumnus Julian Robertson and his wife Josie, will select its first class of approximately thirty undergraduate scholars in Spring 2001. Half of these scholars will matriculate at the University of North Carolina (UNC)-Chapel Hill, and half at Duke University. All will exhibit exceptional leadership potential, commitment to public service, and proven interest in the diversity of peoples and cultures both within the United States and beyond its borders. The program is designed so that every Robertson Scholar will have dynamic intellectual homes at two superb universities—Duke and UNC-Chapel Hill. Robertson scholars will receive full tuition, room, and living stipends at UNC-Chapel Hill or full tuition at Duke, summer community-building and enrichment opportunities in the United States and abroad, support for research and related travel, and a top-of-the-line laptop computer.

*The University Scholars Program.* The University Scholars Program is an interdisciplinary, intergenerational community of undergraduate, graduate, and professional school scholars. Undergraduate University Scholars are exceptional students who have also demonstrated, through official financial-aid applications, that they need scholarship support to achieve their academic ambitions. Undergraduate University Scholars receive a full-tuition scholarship, assistance for additional demonstrated need, and support for a summer abroad or research project. There is no separate application; interested Duke applicants are urged to file all financial-aid forms as early as possible.

*W. N. Reynolds Memorial Scholarships.* Recipients of these awards are students with outstanding ability and/or need who show promise of constructive leadership. In considering candidates for the awards, consideration will be given in the following order: (1) children of employees of R. J. Reynolds Tobacco Company or any of its affiliates or subsidiaries; (2) children of families residing in Forsyth County, North Carolina; and (3) other candidates who are residents or natives of North Carolina. There are a number of awards available for each freshman class with a minimum value of $500.

*Lionel Hampton Scholarship.* This award of $500 (not renewable) is given to an incoming freshman who demonstrates high proficiency in a musical instrument and strong potential in jazz performance.

*United Methodist Scholarships.* A number of United Methodist Scholarships are available on a basis of demonstrated need to Methodist students who have given evidence of leadership in their local Methodist Youth Fellowship groups.

*Alice M. Baldwin Scholarships.* One or more of these scholarships, varying in amount from $500 to $2,500, are awarded to women who are rising seniors in Trinity College of Arts and Sciences on the basis of scholarship, character, leadership, and need.

*Panhellenic Scholarship.* A scholarship of approximately $1,000 is awarded to an upperclass woman in Trinity College of Arts and Sciences on the basis of scholarship, character, leadership, service, and need

*J. A. Jones Memorial Scholarships.* These scholarships, sponsored through the Jones Fund for Engineering, are awarded to engineering students whose outstanding academic and personal qualifications suggest that they will become leaders in a technological society. The awards may be up to $8,000 based on merit criteria set by the School of Engineering and financial need.

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 50 of 52

*Robert H. Pinnix Scholarships.* The Robert H. Pinnix Scholarships are awarded annually to two upperclassmen enrolled in the Pratt School of Engineering. The award is based upon demonstrated ability, excellence in engineering, and financial need.

*Richard Miles Thompson Scholarships.* The Richard Miles Thompson Scholarships are awarded annually to two upperclass students enrolled in the Pratt School of Engineering. The awards are based upon academic merit and demonstrated financial need.

*The Mary Duke Biddle Scholarship in Music Composition.* This scholarship with a stipend of up to $3,500 per year is available to a member of each entering class. It is renewable annually as long as the student meets the required standards for renewal. Students wishing to apply for this award will be required to submit examples of their composition. Eligibility is limited to students planning to major in music.

*The William O'Connor Memorial Scholarship.* This music scholarship of up to $2,500, established by the Mary Duke Biddle Foundation in honor of William O'Connor and in appreciation for his many years of service to the foundation, is awarded to student of a string instrument or organ.

*Air Force ROTC College Scholarship Program.* Students can apply for three-year scholarships during their freshman year and two-year scholarships during their sophomore year. Scholarships are available to qualified students who major in most fields, primarily scientific or engineering. The scholarships range from $15,000 up to full tuition, fees, and textbook reimbursement, and a monthly tax-free allotment.

*Army ROTC Scholarship Program.* All Duke students are eligible to apply for Army ROTC scholarships equal to full tuition. Awarded without regard to academic major, these grants pay a portion of tuition, fees, and textbook/equipment allowance of $900 in addition to providing a tax-free monthly stipend of $300-500 per month for 10 months. Nonscholarship Advanced Course cadets also receive the $250-400 monthly stipend. Commissioned service, following graduation, can be either on active duty or with the reserve forces as determined by the Secretary of the Army. High school seniors must apply not later than November 1 of their senior year. Current Duke students can apply at any time. Additional information concerning Army ROTC scholarships is available from the professor of military science.

*Navy ROTC College Scholarship Program.* This program provides for up to four years' tuition and textbooks, laboratory fees, and a monthly stipend. These scholarships, based upon academic achievement, leadership potential, and overall performance, can be awarded at any stage of the student's college career through either a nationwide selection process or by the professor of naval science at the university. In addition, two other two-year scholarships are available to rising juniors: one leads to a career in nuclear power, and the other follows a summer attendance at the Naval Science Institute at Newport, Rhode Island. For further information on any of the above scholarship programs, contact the professor of naval science, (919) 660-3700.

*Reginaldo Howard Scholarships.* These scholarships, awarded annually to freshman African-American students, are provided to honor the late Reggie Howard, first black president of the student government. Five scholarships equal to full tuition are awarded each year. Scholarships are available for the four years of undergraduate study as long as the student maintains the academic average specified for renewal.

*The Anne McDougall Memorial Award.* The Anne McDougall Memorial Award for Women is awarded each year to one woman student studying psychology or a related field. Administered through women's studies, this $1,000 award is intended to provide encouragement and support for women who wish to pursue academic study and continue in the area of human service.

*The Janet B. Chiang Memorial Scholarship Fund.* This fund was created by the family and friends of Janet B. Chiang. An award is made annually to a student who has demonstrated strong leadership qualities and a strong interest in his or her Asian cultural heritage.

*Emma A. Sheafer Drama Scholarships.* These scholarships are awarded to talented prospective drama students who would not be able to attend Duke University without financial assistance. Awards shall be made to a single individual or to several qualified students in need, with first preference to students from the New York metropolitan area. Awards range from $1,000 to $5,000. Interested incoming students should apply to the director of the program.

*The Steven and Toby Korman Drama Scholarships.* The scholarship shall be awarded annually to a student(s) with demonstrated need who has demonstrated exceptional talent and ability in the field. Awards range from $1,000 to $5,000.Interested students should apply to the director of the program.

*Kohler Scholarships in Drama.* Several awards each year ranging from $250 to $1,000 are given to needy students active in the Drama Program. Interested students should apply to the director of the program.

*The Beth Gotham Semans Drama Scholarships.* These awards are made annually to currently enrolled undergraduate students who have been and continue to be active in drama, with preference given to African American and other minority students. Applicants need not be drama majors but must have demonstrated need and demonstrate significant involvement in dramatic activities. Awards range from $1,000 to $2,500; decisions are made by a special committee appointed by the Drama Program.

*Student Aid 115*

EXHIBIT 7
Page 51 of 52

*Dasha Epstein Scholarship in Playwriting.* This scholarship is awarded to students interested in playwriting. The recipient of this award is chosen by a faculty committee from among applicants to Duke who qualify for financial aid.

*The Roger Alan Opel Memorial Scholarship.* A grant is awarded annually to a Duke student who will spend a year of undergraduate study at a British university. The student is selected on the basis of intellectual curiosity, academic ability, and financial need. The award was established by the parents of Roger Alan Opel, a senior at Duke University who was killed in November, 1971.

*Alumni Endowed Scholarships.* Three $10,000 per year Alumni Endowed Undergraduate Scholarships are awarded to needy students who demonstrate superior academic ability and leadership potential. These awards are renewable annually for those meeting the stated requirements. Although not restrictive, preference is given to children of alumni.

## Scholarships for Carolina Residents

*The Benjamin N. Duke Leadership Award.* As part of the Benjamin N. Duke Scholarship Fund, these awards recognize and encourage leadership potential and community involvement of students from North and South Carolina. Ten scholarships, valued at full tuition, are awarded annually.

*Trinity Scholarships.* Awarded to North Carolinians of exceptional ability, these scholarships are named to honor the fact that Duke University was originally named Trinity College. Trinity scholarships provide each winner an award equal to the value of tuition, fees, room, board, and the cost of a summer program.

*Carolinas Honors Scholarships.* Carolinas Honors Scholarships, worth $5,000 each, are awarded each year to fifteen outstanding students from North or South Carolina who demonstrate financial need. The scholarships are applied toward the loan and work-study portion of the financial aid package and are renewable for four years.

*North Carolina Math Contest.* Upon enrolling at Duke, the top student finishing in the top ten in the North Carolina Math Contest taken as a high school senior is eligible to receive a scholarship equal to the amount of tuition. This scholarship is available for each of the four years of undergraduate enrollment as long as the student maintains the specified average. Winners must have applied to and been accepted by Duke University.

*The Perry Family Scholarship.* Awarded to students from Winston-Salem and the Forsyth County area, this scholarship, valued at $5,000, is awarded every other year. Recipients of the scholarship will be required to demonstrate high academic achievement as well as leadership and/or involvement in extracurricular activities. The scholarship is available for four years if the student meets the specified academic requirements.

*J. Welch Harriss Scholarships.* Recipients of these scholarships will receive up to demonstrated need levels based on merit criteria. These awards are made to entering freshmen who have achieved outstanding academic records. They are renewable each year as long as the student maintains the required average. Consideration will be given in the following order: (1) students from High Point, North Carolina; (2) students from Guilford County, North Carolina; and (3) students from North Carolina. (Recipients are chosen by the Office of Undergraduate Admissions at the time of application.)

*Alyse Smith Cooper Scholarships.* Each year scholarships of various amounts are awarded to students demonstrating both merit and need. Preference is given to students from Alamance County, North Carolina.

*Braxton Craven Endowed Scholarships.* Recipients of these scholarships will receive an amount equal to the current tuition at Duke. Braxton Craven scholars will be chosen on the basis of outstanding academic and extracurricular achievement and need. First preference is given to students from North Carolina. The scholarships are renewable, provided that the recipient complies with the specified academic requirements.

*The John M. and Sally V. Blalock Beard Scholarship.* These scholarships are awarded annually to outstanding students from the Wake County area of North Carolina who major in English or the history of the United States. These awards are based on financial need, scholarship, character, and academic achievement.

*North Carolina Legislative Tuition Grant.* The North Carolina General Assembly has established a program of tuition grants available to North Carolina residents who are full-time students at private colleges and universities in the state of North Carolina. The grant for each eligible student is approximately $1,700 per year. Applications will be mailed to all eligible students during the summer. In the case of a need-based financial aid recipient, this grant reduces a student's tuition and therefore his budget. All qualified need-based aid recipients are required to apply for this grant.

*State Contractual Scholarships for Needy North Carolinians.* Funds provided by the state of North Carolina through the Legislative Grant Program are distributed to needy North Carolinians qualifying for the State Contractual Scholarship Program. Application is made through the College Scholarship Service's PROFILE.

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential

EXHIBIT 7
Page 52 of 52

**Loans**. The loan programs which are available to students through Duke University are listed below:

*Federal Perkins Loan.* Loan funds supplied by the federal government and Duke University through Part E of Title IV of the Higher Education Act of 1965 are available to qualified students. Repayment of loans under this act normally begins six months after the student has graduated or leaves college, with complete payment scheduled within a ten-year period. Interest accrues at the rate of 5 percent annually, commencing six months after the borrower ceases to be at least a half-time student at an institution of higher education. This loan is part of the student's financial aid award.

*Federal Stafford Student Loan Program.* Loans under the Federal Stafford Student Loan program are available from banks or other incorporated state lending agencies. Duke University can arrange an alternate lender for students who are unable to obtain these loans through their home state agencies or local banks. Need as established by the federal government's formula will be considered in the university's decision regarding applications. The annual limit on a loan, which has a variable interest rate that is capped at 6.5 percent, is $3,500 for freshmen, $4,500 for sophomores, and $5,500 for juniors and seniors. Repayment begins six months after the student leaves school.

Students may apply for Stafford loan funds by submitting a loan application directly to the External Loan Aid Office. In addition, loan applicants must submit the Free Application for Federal Student Aid to the federal processor. Additional information about this loan program may be obtained from the Undergraduate Financial Aid Office.

*Federal Parents' Loan for Undergraduate Students Program.* Parents may borrow up to the cost of education less financial aid through the Federal Parent Loan for Undergraduate Students (PLUS) program. Repayment of these loans begins sixty days after loan disbursement. Interest is based upon treasury bill rates but will be no higher than 8.5 percent and begins to accrue at the point repayment begins. Interested parents should contact their home state lending agency or the financial aid office.

*Federal Unsubsidized Stafford Loan Program.* All undergraduate students, regardless of need, are eligible to borrow an Unsubsidized Stafford Loan. The loan limits and the interest rate are the same as for the subsidized Stafford Loan described above. Although repayment of the principal begins six months after the student leaves school, interest payments begin 45 days after the first disbursement of the loan.

*Duke Signature Select Loan* is an alternative educational loan program developed specifically to help students meet the costs of higher education. Students with a credit worthy co-signer may borrow up to $15,000. Principal and interest payments can be deferred until after the completion of the borrower's education. For more information consult the External Loan Office.

*Excel Loans.* "Excel" is a supplemental educational loan program developed specifically to help families meet the costs of higher education. Credit-worthy families, regardless of income, may be eligible to borrow through this program. Annual loan amounts range from $2,000 to up to the cost of education less financial aid. The interest rate is variable, and Share offers several repayment options. For information call 1-800-EDU-LOAN.

**Tuition Plans.** Many families finance a college education with the assistance of an insured tuition payment plan regardless of whether they receive financial assistance from Duke. The university is pleased to offer a twelve-month payment plan through Tuition Management Systems. More information can be obtained from the bursar's office.

**Employment**. Most financial aid recipients are offered a job as part of their aid package. The money is paid directly to the student. The Office of Undergraduate Financial Aid maintains part-time employment listings for the campus and Durham area. All students interested in working during the school year should review the jobs listing in the career counseling section of the Duke Home Page (www.duke.edu). Every effort will be made to help students find jobs consistent with their interests.

Duke University also expects that students receiving financial aid will work during the summer. In the year before entering college, a freshman should save a minimum of $1,900 for use during the first year of college. In subsequent years, minimum student earnings will be $2,200 for sophomores, $2,300 for juniors, and $2,400 for seniors. These figures are viewed as estimates and are revised consistent with actual earnings.

Duke University offers subsidized employment opportunities to many students not qualifying for need-based financial aid. Interested students should submit the appropriate aid applications.

Pursuant to M.D.N.C. Local Rule 7.1(e), the non-essential