# Exhibit A

## Indefinite Suspension – Andrew Giuliani
## February 11, 2008

This statement is intended to define the indefinite suspension of Andrew Giuliani effective immediately. Andrew is being suspended for action unbecoming of a member of the Duke Men's Golf Team. The following is a short list identifying behavior this year that made this decision necessary.

- Inappropriate verbal interaction with teammate Brian Kim involving tapping down spike marks.
- Instigating team conflict during team conditioning "fun days", specifically in ultimate football.
- Inappropriate contact and disrespectful interaction with strength and conditioning coach Randy Dorvin.
- Incomplete disclosure involving broken driver during qualifying.
- Disrespectful behavior to teammates and playing partners during qualifying. Specifically during match play qualifying and final round qualifying at Treyburn with Chance Pipitone.
- Irresponsible and excessive speeding out of the golf course driveway at Treyburn.
- Intent to injure a teammate, specifically throwing an apple at point blank range at Brian Kims' face in the men's locker room.

Andrew will be suspended immediately. He will not be allowed in the Karcher-Ingram Center, at the Myers Training Center, at team practice, workouts or competition.

Andrew's suspension will not be definitive in duration. His return to the team will be based upon the following criteria. First, he must have unanimous support from his teammates that they want him to return. The team will express this approval in form of an email to the coaches describing that they want Andrew back on the team and why. Assuming this occurs, Andrew would them meet with the coaches and explain what he has learned and why he wants to continue on the team.

We all wish Andrew the best and hope he returns to the team soon.

OD Vincent