# Exhibit B

----- Forwarded message from andrew.giuliani@duke.edu -----
Date: Mon, 11 Feb 2008 19:53:22 -0500
From: andrew.giuliani@duke.edu
Reply-To: andrew.giuliani@duke.edu
Subject: RE: today's pairings
To: "O.D. Vincent" <odvincent@duaa.duke.edu>

Gentlemen:

I would like to apologize for my actions recently. They've been immature and certainly unbecoming of a good teammate and friend. Something like this really makes you look inside and think about who you are and what you stand for. I've always considered myself to be a very hard worker whose intensity is unmatched; a man who was tough yet also sensitive when it counts. Most importantly, I am a man who will never give up, no matter what the circumstances. After listening to the list of actions I have committed that are unbecoming of a Duke golfer, I realize that I've gone against the core of what I believe in. I have placed my intensity in the wrong places, focusing on stupid actions rather than the challenges we face on the golf course. My sensitivity for delicate matters has been non-existent and my toughness looks more like a bully mentality than it ever has. I am deeply disappointed in myself and have no excuse for my actions. I am at Duke now to develop into the best golfer I can become and to help this team, so as you can imagine being suspended takes out one of the most important things in my life. I ask you all to seriously consider what I've said and allow me back on the team again as soon as possible. I am truly sorry and promise you that my attitude will change. I also promise you that I will be a better teammate, and I will be more focused and resolved to accomplish our goals than ever before.

Finally, I want to let you know that although I am disappointed in my attitude recently, I have not given up on myself, haven't given up on this team, and ask you please not to give up on me. I will prove to you that I can be the teammate and person I know I can be. I am deeply sorry for my actions and ask for forgiveness.

Andrew Giuliani

----- End forwarded message -----