Exhibit C



## MISSION STATEMENT

The mission statement for the 2007-2008 golf team is to reach our full potential by being <u>accountable</u> on a <u>daily basis</u> for <u>personal</u> and <u>team</u> objectives through a number of areas: <u>hard work</u>, improving efficiency academically, socially and in our golf practicing habits, <u>improving team morale</u> and Duke golf pride, and by <u>conducting ourselves as champions</u> on and off the golf course. We will stay accountable for these thing and we expect to be contending in the final round of the 2008 NCAA National Championship.

## TEAM GOALS

1. To be a consistent top 10 team throughout the year that achieves a top 5 ranking at the conclusion of the season

2. To be on time, focused, and prepared for every team event (eliminating tardiness that was present last year)

3. To maintain a consistently high level of positive team energy 365 days a year (including using consistent meetings to improve and maintain this atmosphere throughout the year)

4. To win the 2008 ACC Tournament

5. To win 4 team tournaments throughout the year

6. To conduct ourselves as champions at tournaments no matter the circumstances



# OVERVIEW

*The Duke Men's Golf Players Guide provides a detailed overview of each aspect of our team. Our philosophies, expectations, rules and procedures are constantly evolving. Inevitably, situations arise that have not been defined, and we will address each individually and consistently. The purpose of the following is to describe and define, if possible, all of the areas of our team.*

Representing Duke and the men's golf team is a privilege for everyone involved. We are blessed with a once in a lifetime opportunity. Our focus is to develop well-balanced individuals and great teams. We expect excellence in the classroom, on the golf course and as people.

Coaches provide the framework, resources and structure to create as many meaningful opportunities as possible. Student-athletes are responsible for maximizing these opportunities. Each member of our team is equally responsible for our success.

Our team philosophy is based on individual choice and personal responsibility. We expect each of you to be dedicated to constant improvement and possess a commitment to excellence. Communicating honestly and appreciating each individual's perspective will cultivate an atmosphere of enjoyment and success. Our intent is to be the very best, nothing more and nothing less.

Upon completion of your collegiate golf career, you will graduate, develop a world-class golf game and establish lifelong relationships. You will be exposed to significant opportunities and unprecedented challenges. Your success is your responsibility. Our success is our responsibility.



# EXPECTATIONS

Academic Expectations – Academic success will always be our top priority. Without exception, each of you will graduate. Because of our challenging schedule, you need to take a pro-active approach to academics. Coach Ryan Ressa and TJ Grams will assist and guide you through your academic career. These simple principles will lead to greater success:

- Attend class
- Attend office hours
- Get to know your professor and T.A. (early in the semester)
- Keep current on assignments
- Utilize all available resources

Studying on the road is always the last option. Ideally you will be current or ahead on your assignments so your entire focus can be dedicated to the event.

Academic Recognition and Awards

- ACC Honor Roll – We have a perpetual goal of placing each member of our team on the ACC honor roll each year. This honor is awarded to any student athlete who earns at least a 3.0 cumulative GPA in any given year.

- ACC All-Academic Award – Any player who maintains an overall 3.0 or higher GPA and is either a starter or significantly contributes to the teams' success is eligible to obtain this award.

- Cleveland Golf All-America Scholar – Awarded to any player in their junior or senior year academically and has competed in at least two full years at the collegiate level, participated in 70-percent of his teams competitive rounds, has a stroke average under 76.0, and maintains a minimum cumulative grade-point average of 3.2.

- Duke Deans List - Awarded to students in the highest third of undergraduates in the college.

- Deans List with Distinction - Awarded to students in the top 10% of undergraduates in the college.



**Community Service** – Giving back to our community is essential. Our expectation is not only to be the community service leader on this campus but also to pace the nation. Giving back to those less fortunate is the least we can do. We will have a primary focus here at home as well as participate in as many opportunities while traveling as our schedule allows.

**Conditioning** – Superior conditioning is essential to long-term success on and off the golf course. Our conditioning will be focused, competitive and challenging. We expect you to be prompt, alert, and enthusiastic. Our current conditioning times are Monday, Wednesday and Friday 6:30-7:30am during our competitive season and Tuesday thru Friday 6:30-7:30am in our off-season.

**Equipment** – You will be exposed to the finest golf equipment available. In accordance, with NCAA rules, all equipment issued during your collegiate career (summer included) must be shipped to campus and go through the coaches before being issued. You may never receive equipment (balls included) directly from a manufacture. For all practical purposes, the equipment you receive is on loan to you and upon graduation can be purchased at its' current value. As soon as you are no longer using any provided equipment, you must return it to us promptly and we will send it back to the manufacture. Selling, stockpiling and sharing equipment with friends and family will not be tolerated. Frequently, you will be asked to update your current equipment profile sheet as we will send these specifications to each manufacture periodically. The most effective way to ensure successful manufacture relationships is to communicate thoroughly and consistently.

We are most closely affiliated with Taylor-Made Adidas Golf. We wear Adidas gear during each team practice and competition. There is, however, no obligation to play the equipment. We want you to play whatever equipment you are most comfortable with. Mr. Dave Cunningham is our TMAG manufacture representative and will assist in every way possible.



**Nutrition** – Nutrition is a very important and sometimes complicated aspect of competition. We have a nutritionist on staff named Franca Alphin. She is available for each S.A. upon request and will meet with the team occasionally. The proper diet and hydration can be an extremely valuable asset on and off the course. We encourage utilizing this service.

**Practice Expectations** – Maximizing the effectiveness of our practice time is one of the most difficult and beneficial challenges each year. This is an area that we can succeed, to the point that we have no peer. We expect you to come to each practice alert, well rested and prepared. You will embrace and execute the daily practice plan and make practices enjoyable, rewarding and competitive. Socializing and distracting behavior will not be tolerated.

**Recruiting** – Recruiting effectively is the lifeblood of our program. We are continually seeking the finest combination of student, player and person to represent Duke. Our goal is to field the deepest and most talented team in the country. Competing against great players consistently will better prepare each of you for tournament play.

**Scholarship** – Scholarship is one of the most sensitive topics on every team. A short outline of scholarship philosophies and expectations may be beneficial.

With the NCAA limit of 4.5 scholarships in men's golf, there is simply not enough scholarship to award to keep everyone happy. As far as we are concerned, you are all "worth" a full ride and would be provided one if possible.

There are also a couple false myths that I consistently hear; 1) older players on the team "deserve" more scholarship because they have been "loyal", 2) scholarship should be increased after playing well for a period of time compared to someone else on the team. Neither mentioned items effects scholarship at all.

As you know, scholarship is determined and awarded during the recruiting process. Each player and parent should feel comfortable with the scholarship structure agreed to on signing day. Ideally, scholarship should never be a topic again. Most of you had significantly higher scholarship offers elsewhere. The amount of scholarship you receive has nothing to do with decisions regarding position on the team, playing time, etc. If there is ever a lack of clarity on this topic, please communicate with us immediately.



**Team Behavior and Appearance** – Exceptional team behavior and appearance is one of our highest priorities. Every minute of every day, we all represent Duke and Blue Devil golf. Nothing short of being the standard to which all other teams are compared will be acceptable. All behavior and appearance that is inappropriate will not be tolerated and be addressed immediately

- Alcohol, Tobacco and Drugs – Alcohol, tobacco and drug use will not be tolerated during or preceding any team activity.
- Promptness – Each player is expected to be prompt and prepared for all team activities. Promptness is a necessary component of any successful team.

**Team Meetings** – We will have a team meeting most weeks. This is our opportunity to address and discuss all team related topics and issues. Meetings will be on different days of the week depending on our schedule.

**Team Qualifying** – Qualifying is a difficult area to specifically define. It is our goal to field the most competitive and deserving five players for each event. Typically, qualifying opportunities will be more abundant as the year starts and slowly decrease as more players prove themselves throughout the year. The most important variable in determining our line-up is tournament performance. Inevitably, there are differing opinions when it comes to team selection. If you are confused or upset about a roster decision you should communicate that concern to your coaches immediately. Discussing the topic openly, honestly, and thoroughly is the only way to achieve a true understanding. In our experience, we have never left a player at home who is really playing well.

- Varsity and JV Team Scheduling – We will work hard to create as many competitive opportunities for you as possible. To achieve this we will establish a Varsity and JV schedule. Our intention is for each of you to play his maximum 24 competitive days. You will alternate between the two teams based upon your tournament performance. This philosophy eliminates many of the traditional qualifying rounds. It allows you to practice and focus on school while at home as well as prepare properly for tournaments while away from school.

- Yearly Team Qualifying – If necessary, a yearly team qualifying is provided as an opportunity for players to earn their way on the team and it also serves as a way for players that have not had as much success on the team to re-earn their roster spot. There is no exact formula that determines which players are asked to participate in the qualifying. Some years it may be 4 or 5 players, other years it is none. In general, as players mature, expectations increase.



No one wants to put in all of the time and effort it takes to be a part of this team and not have success. Similar to the top 125 players on the PGA tour every year, this is our qualifying school. Every year, we all have the responsibility to earn our way, players and coaches alike.

Team Travel – It is an honor for us to represent Duke University and when we travel, we are very visible. Because of this visibility, a lot of attention needs to be focused on our appearance, behavior and language. We will always travel in a designated team uniform to and from events.

Tournament Expectations – Our tournament expectations are very simple; to play to the best of our ability. We expect you to be prepared both physically and mentally. Preparation includes a thorough and thoughtful practice round, and all off the course responsibilities addressed and current. We expect to leave everything we have on the course.

Uniforms – Appearance is very important and can work very much in our favor. You will be provided with the very best uniforms possible. Team uniforms will be required in tournaments, team travel, practice and team conditioning. You will receive a current uniform list that will include all activities.

- Dry Cleaning – Dry cleaning will be provided to you for all Duke issued uniforms (non cotton based) worn in tournaments and team travel. Koretizing Cleaners on Hillsborough Rd will take care of the cleaning. You are responsible for dropping off and picking up your own cleaning. You must give the cleaners ample time to get your cleaning turned around.

2007-08 DUKE MEN'S GOLF PLAYERS GUIDE 

# RULES

*Rules are never the most exciting topic, but they are necessary. Our intent in the following section is to keep the rules short and concise. It is not realistic to anticipate all possible scenarios, so we will always be amending and improving our rules. Consistency and fairness in dealing with consequences is critical in the successful implementation of rules and procedures. However, since no two people or circumstances are ever alike, we will occasionally deal with seemingly similar situations individually and personally at the coaches' discretion. In short, we want to keep things simple but thorough.*

**Alcohol, Tobacco and Drug Use** – Use of any alcohol, tobacco or drugs at or prior to any team activity or travel is prohibited.

- Specifically, there is no drinking any day before a team activity starting prior to 7 am. There is no tobacco use ever in any team activity. We will also not tolerate any "hungover" or lethargic states at any team activity.

**Behavior and Image** – All players are expected to conduct themselves in an exceptional manner at all times.

- As a student-athlete here at Duke, you represent the school and our team at all times and in all places, on and off the golf course. Always make yourself and your team proud. You have a tremendous opportunity and along with it comes responsibility.

**Present, Prepared and Prompt** – We expect all players to be present, prepared and prompt to all team activities. In addition, we expect full and enthusiastic participation at all team activities.

- The best way to be on time is to leave early. Being on time means ready to fully engage in the specific activity, not walking to the tee or in the door. Close calls will most likely not get the benefit of the doubt. You are also expected to be fully prepared for each team activity with all required materials and the proper and complete uniform. A prepared state includes being alert, well rested, and well kept.



## 2007-08 Outlook

Overview – We are fortunate to have a very talented and hungry team and look forward to a very successful and challenging year. Identifying a strong leader both on and off the course will be a tremendous benefit. Adopting and embracing a new set of standards and expectations is never as smooth as it may seem. Remember one thing that will always be true, if you are playing well, you will play. We will work our best to improve each and every day and if we stick together, we will have an opportunity to play our best golf at the end of the year and win it all. Our focus this season will be, *Trust, Communication, Personal Accountability and Responsibility.*

Team Captain – There will be no team captain to start the year. If there is an obvious and unanimous leader that arises, he will be named captain at that time.

Uniforms – You will be in uniform at team practices, conditioning, tournaments, team travel and select team activities. Uniforms will be well taken care of and their appearance is as important as their presence. You will receive everything you need for all conditions from head to toe. The following is the uniform schedule for this year:

Conditioning – Team conditioning during the competitive season will be Monday, Wednesday, and Friday mornings from 6:30am to 7:30am. Team conditioning during the off-season will be Tuesday through Friday mornings from 6:30am to 7:30am. You will also be required to schedule and design 1 personal conditioning session per week, during the competitive season, on Tuesday or Thursday. Required uniform for all team conditioning is team issued shoes, team issued socks, team issued grey shorts, and team issued Navy shirts. No hats or accessories permitted at any time (this does not include before and after conditioning).

Practice - Team practice will be Monday, Wednesday, and Friday afternoons starting at 1pm. Tuesdays and Thursdays will be set aside for each player to accomplish their own personal goals. Required uniform at all team practice is team issued black shoes, black socks, team issued black belt, team issued black pants, team issued white shirt, team issued black practice hat, team issued grey pullover (optional), team issued grey micro-fleece (optional), and team issued rain gear (optional).



**Travel** – Team travel by air outbound will be suit and tie (TBD). Team travel by air inbound and all team travel by ground will be team issue micro fleece jacket, micro fleece pants, and team issue tee shirts.

**Pace of Play** – Pace of play has been a constant issue each year in practice. We will no longer tolerate slow play. Assuming you are not being held up, we expect a foursome to play in 3 hours 55 minutes or less, a threesome in 3 hours 40 minutes or less and a twosome in 3 hours 25 minutes or less. These are very realistic targets. We do not want anyone to feel hurried; we want you all to be efficient. Of course, there are circumstances that arise which cause play to slow down. We will deal with these on a case by case basis. We will, however, never hold up play on any course at any time for any reason. If you feel you are having a difficult time playing your best at this pace, please ask your coaches as we will help in any way we can to improve your efficiency.

Practice and Preparation Cycle –

- Individual meetings
- Individual workout (X2)
- V1 work
- Trackman distances
- Trackman wedge games
- Short game competitions
- Ball flight drills

**Statistical Scorecards and Information Forms** – Throughout the season, you will be asked to fill out different goal sheets, evaluations, stat cards, and forms. It will be very clear as to when these items will be due. If a required item is turned in past the established time, it will be considered the same as being absent, late or unprepared for a team activity. A hard copy of the above mentioned forms are included in the Duke Golf Players Guide. Players will have the option to make copies and fill those out or email to coach Ressa the completed forms.

Internal Power Rankings –



Playing Time – One of the most sensitive topics is playing time. With the creation of a JV Team, we have gone almost totally away from qualifying at home and put all of the emphasis on tournament performance. The focus should be playing your best game. If you are playing well, you will play. Ultimately, playing time is really not a coaches' decision, it is the players' responsibility.

- "Playing well" in statistical terms means having yourself ranked in the top 50 players individually and working your way to All-American recognition. It also means winning the event you are competing in. We will give a tremendous amount of credit to winning.

- Since conditions, weather, difficulty of course, strength of field, and schedule are impossible to compare, we will always have to make a judgment call on the final lineup. You will never be "leap frogged" by another player. We want to put the most deserving players on the varsity team roster.