# Exhibit G

# Chris Kennedy

From: Oster, Edwin A. [eoster@bargerwolen.com]
Sent: Monday, June 30, 2008 12:35 PM
To: Chris Kennedy
Cc: donnahanover@rcn.com
Subject: RE:

Dear Chris:

    Thanks very much for your e-mail.

              Sincerely,

              Ed Oster

---

**From:** Chris Kennedy [mailto:ckennedy@duaa.duke.edu]
**Sent:** Monday, June 30, 2008 8:04 AM
**To:** Oster, Edwin A.
**Cc:** Peter Lange; Pamela J Bernard; Martha Putallaz; Kevin White
**Subject:**

Dear Ed—

    Joanne told me that you called on Friday inquiring about whether Dr. White had received your packet. He did and shared it with me. He is traveling this week and I didn't want there to be any further delay. While you appealed to Dr. White to address Andrew's case, I would point out that the Student-Athlete Grievance Procedure calls for the Faculty Athletics Representative rather than the Director of Athletics to convene a panel if she "concludes that further discussion of the student's grievance is warranted." I would also point out that the procedure calls for the student himself apply to and meet with the FAR. The current FAR is Professor Martha Putallaz: (919) 660-5736.

    If you need any additional information, please let me know.

    Regards,

    Chris Kennedy