IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |  |
|---|---|---|
| ANDREW GIULIANI | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:08CV502 |
| DUKE UNIVERSITY and ORRIN DANIEL VINCENT III | ) | |
| Defendants. | ) | |

**JUDGMENT**

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Motion to Appear as Amici and for Leave to File Brief (Doc. 29) is **DENIED.**

**IT IS FURTHER ORDERED** that Defendants' Motion for Judgment on the Pleadings (Doc. 10) is **GRANTED**, and Plaintiff's claims for breach of contract, breach of implied covenant of good faith and fair dealing, tortious interference with contract, declaratory relief, and promissory estoppel are **DISMISSED.**

**IT IS FURTHER ORDERED** that Plaintiff's request for leave to amend is **DENIED** and this action is dismissed.

This the 30th day of March 2010.

                                                      /s/ William L. Osteen, Jr.
                                                   United States District Judge